UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14195-CIV-CANNON

ERIC EPSILANTIS,

        Plaintiff,

vs.

SCOZZARI ROOF SERVICES CONTRACTING
& CONSULTING, INC. and
JOSEPH SCOZZARI,

        Defendants.
_____/

## ORDER DECLARING MISTRIAL

**THIS CAUSE** comes before the Court upon conclusion of the jury's deliberations on February 17, 2022 [ECF No. 169]. In light of the jury's confirmed inability to reach a unanimous verdict, and as stated in open Court, the Court hereby **DECLARES A MISTRIAL** in the above-captioned case. Order setting new trial to follow.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of February 2023.

                                                    AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record