UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 21-CV-14195-CANNON

ERIC EPSILANTIS,

                PLAINTIFF,              FORT PIERCE, FLORIDA
        vs.
                                        FEBRUARY 14, 2023
SCOZZARI ROOF SERVICES
CONTRACTING AND CONSULTING, INC.,        PAGES 1- 99

        DEFENDANT.                       DAY I
_____/


DAY I
EXCERPT TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE


APPEARANCES:
FOR THE PLAINTIFF:        JORDAN LEE RICHARDS, ESQ.
                          Jordan Richards, PLLC
                          1800 SE 10th Avenue, Suite 205
                          Fort Lauderdale, Florida  33316
                          JAKE SLOME BLUMSTEIN, ESQ.
                          Tripp Scott, PA
                          2100 SE 6th Street, 15th Floor
                          Fort Lauderdale, Florida  33301
FOR THE DEFENDANT:

                          JASON MATTHEW WANDNER, ESQ.
                          100 Biscayne Boulevard, Suite 1607
                          Miami, Florida 33132




REPORTED BY:              DIANE M. MILLER, RMR, CRR, CRC
                          Official Court Reporter
                          United States District Court
                          101 South U.S. Highway 1
                          Fort Pierce, FL  34950
                          (772)467-2337
                          diane_miller@flsd.uscourts.gov

```
 1                        P-R-O-C-E-E-D-I-N-G-S

 2      (PROCEEDINGS WERE HAD WHICH ARE NOT HEREIN TRANSCRIBED)

 3              THE COURT:  All right.  Thank you.

 4              Mr. Richards, call your first witness.

 5              MR. RICHARDS:  Yes, Judge; call Eric Epsilantis.

 6              THE COURT:  Mr. Epsilantis, please come over here to

 7      the witness stand to be sworn in.

 8              THE COURTROOM DEPUTY:  Please raise your right hand.

 9                 ERIC EPSILANTIS, PLAINTIFF, SWORN

10              THE COURT:  Mr. Epsilantis, I'm going to ask that you

11      please speak into the microphone as best you can.

12              Ladies and gentlemen, if at any point you have

13      trouble hearing, please raise your hand so we can adjust the

14      audio.

15              You may begin.

16                        DIRECT EXAMINATION

17      BY MR. RICHARDS:

18      Q   Hi, Eric; how are you doing?

19      A   Pretty good, just a little nervous.

20      Q   Have you ever given testimony in a courthouse before?

21      A   No.

22      Q   If I can have you scoot a little closer to the microphone,

23      so the jurors can all hear you.

24      A   Is that better?

25      Q   I think so.
```

```
 1              Eric, can you tell the jury where you currently live?

 2   A   At 12450 91st Street in Fellsmere, Florida.

 3   Q   Where is Fellsmere in relation to where we are now?

 4   A   It's about 30 minutes north.

 5   Q   Who do you currently do for work?

 6   A   I'm a heart monitor tech, I work at Holmes Regional Medical

 7   Center in Melbourne, Florida.

 8   Q   How long have you been working there?

 9   A   Almost two years.

10   Q   Can you tell the jury what some of your duties and

11   responsibilities are?

12   A   I just watch people's heart monitors and make sure they

13   don't code.

14   Q   Eric, does the medical center keep track of the number of

15   hours you work each week?

16           MR. WANDNER:  Objection.

17           THE COURT:  Sustained.

18   BY MR. RICHARDS:

19   Q   Eric, are you currently enrolled in school anywhere?

20   A   Yes, Indian River State College.

21   Q   What are you studying there?

22   A   I'm studying to become an RN.

23   Q   And how long have you been attending there?

24   A   Just about two years.

25   Q   Eric, do you know someone named Joseph Scozzari?
```

```
 1   A    Yes.

 2   Q    How do you know Joseph Scozzari?

 3   A    He is my former friend and former employer.

 4   Q    Do you see Joseph Scozzari in the courtroom today?

 5   A    Yes, he is wearing a blue shirt.

 6        MR. RICHARDS:  Let the record reflect the Plaintiff

 7   has identified the Defendant.

 8        THE COURT:  The record so reflects.

 9   BY MR. RICHARDS:

10   Q    Eric, do you remember the first time you spoke to Joseph

11   Scozzari?

12   A    Yes, it was on the phone.

13   Q    And when was that?

14   A    It was the day before my first day of employment.  I talked

15   to him on the phone, I guess it was like a phone interview,

16   kind of, and at first, he said I was too young, he was looking

17   for somebody older, and then I called him again, and he said he

18   would give me a chance and I started the next day.

19   Q    How old were you at the time?

20   A    Nineteen years old.

21   Q    Do you remember what month that was, the first time you

22   spoke to Mr. Scozzari, the month and year?

23   A    The beginning of August of 2020.

24   Q    What is the name of Mr. Scozzari's company?

25   A    Scozzari Roof Services, Contracting and Consulting.
```

```
 1   Q   Do you remember when you first met Mr. Scozzari in person?

 2   A   Yes.

 3   Q   When did that happen?

 4   A   It was the following day, after the phone call, in the

 5   morning around 7:30, I believe.

 6   Q   Where did you meet Mr. Scozzari for the first time in

 7   person?

 8   A   At his house, which is 1401 Thornhill Lane.

 9   Q   Which town is that in?

10   A   Sebastian, Florida, ten to 15 minutes east of my house.

11   Q   Is Mr. Scozzari married?

12   A   Yes.

13   Q   Do you know what his wife's name is?

14   A   Julie Scozzari.

15   Q   Do you see Julie in the courtroom today?

16   A   Yes, she is also wearing a blue shirt.

17   Q   Eric, when you spoke to Mr. Scozzari that first time in

18   August of 2020, did you already have a job somewhere else?

19   A   I was working on and off for my uncle, but not steady work.

20   Q   What were you doing for your uncle?

21   A   He does property management and like remodel stuff, like

22   that.

23   Q   During that first phone call you had with Mr. Scozzari, was

24   his wife on the phone, too, or just him?

25   A   No, just Mr. Scozzari, Joe.
```

1   Q    Did you have any prior experience in the roofing industry

2   before you spoke to Mr. Scozzari?

3   A    No, none at all.

4   Q    During your conversation with Mr. Scozzari that first time

5   on the phone, did Mr. Scozzari ever tell you that you would

6   have to be clocking in or clocking out of work each day?

7   A    No, that was not discussed.

8   Q    Did Mr. Scozzari ever tell you on the phone that you were

9   required to sign in or sign out of any sheet at work each day?

10  A    No.

11  Q    What were some of the duties that you had discussed with

12  Mr. Scozzari that you were going to perform as a driver?

13  A    My duties were discussed my first day of employment.  He

14  just kind of took me around, showed me the ropes, told me what

15  he was expecting of me, just stuff like that.

16  Q    When you say he showed you the ropes, can you tell the jury

17  a little more specifically about what you actually did that

18  first day with Mr. Scozzari?

19  A    Yes.  So I drove in the truck with him to his shop, he

20  wanted to make sure I could drive a truck, and the first day,

21  we didn't do much.  I just assisted him moving metal, because

22  he was bending metal on his metal machine for a metal roof, and

23  that was pretty much the end of my first day.

24  Q    You mentioned -- in your answer just now, you mentioned

25  something called the shop, can you tell the jury what that is?

A    It is his metal manufacturing shop on 4th Street and US1 in Vero Beach, Florida.

Q    Approximately how far is that from the Scozzari residence?

A    It's 40, 45 minutes depending on traffic.

Q    When you spoke to Mr. Scozzari, did he give you specific hours that you were going to be working each day?

A    No.

Q    And after that first day, when you met in person, were you ultimately hired by the Defendants?

A    Yes.  I believe I was hired before my first day, but yes.

Q    Were the Defendants going to pay you on an hourly basis or salary basis?

A    Hourly.

Q    How much were the Defendants going to pay you when you first started?

A    13.50 an hour.

Q    Did Mr. Scozzari give you any specific instructions on where he wanted you to report before your first day the work?

A    At his house, 1401 Thornhill Lane.

Q    Why were you required to report there?

A    Because that's where his work trucks were located.

Q    When you say work trucks, what are you referring to exactly?

A    The 2500 Dodge Ram and the 3500 Dodge Ram.

Q    Were there any other work trucks that Mr. Scozzari and his

1   company used at the time you were hired?

2   A    No.

3   Q    Eric, after that first day of working with Mr. Scozzari,

4   when would your workdays typically begin?

5   A    At approximately 7:30.

6   Q    Is that when Mr. Scozzari first gave you instructions?

7   A    Yes.

8   Q    And when you started working for the Defendant after that

9   first day, can you share with the jury what a typical workday

10  was like for you?

11  A    Yes.  So I would get there in the morning, I would load the

12  work truck, if any materials needed to be loaded, and then go

13  about my day, whether that be to the shop on 4th Street and US1

14  or to the job site.

15  Q    You mentioned loading and unloading equipment, what type of

16  equipment or materials would you have to load on to the truck

17  at the house?

18  A    Caulking, sometimes he had screws at his house, stuff like

19  that, just small stuff that he didn't feel, I guess, fit to

20  keep in his shop in Vero.

21  Q    Were there any larger items you had to load on to the truck

22  at the house?

23  A    Occasionally a gas air compressor if the roofing crew's

24  broke, but that was occasionally.

25  Q    Why would you have to load an air compressor on to the back

1  of the truck?

2  A    For the air nail guns that they use to put your roof on.

3  Q    Are those air guns operable without that air compressor?

4  A    No.

5  Q    Eric, did you start work at 7:30 every single morning of

6  your employment?

7  A    No, I did not.

8  Q    And what time would you usually stop working in the

9  evening?

10 A    At approximately 5:30.

11 Q    Did you stop working at 5:30 every single evening?

12 A    No.

13 Q    You heard opposing Counsel's opening statement, do you

14 believe you had a set work schedule when you worked for the

15 Defendants?

16 A    Not at all.

17 Q    How did you know what time to report each morning then?

18 A    I would either talk to Joe the day before, text messages,

19 or phone calls, typically text message.

20 Q    And how would you know when work was done for the day?

21 A    I would be instructed by Joe to take the rest of the day.

22 Q    Did you have a written schedule for any of your shifts?

23 A    No.

24 Q    When you arrived at the Scozzari residence in the morning,

25 did you ever check in with Joe?

1    A    Yes, every morning.

2    Q    And how would you check in with Joe when you arrived?

3    A    Either a phone call, text message, or he would just meet me

4    outside.

5    Q    And after you checked in with Joe, is that when you would

6    load up the trucks?

7    A    Correct.  He would tell me what we were going to be doing

8    that day and I would go accordingly.

9    Q    Did you and Joe, Mr. Scozzari, ever ride together in the

10   same work truck?

11   A    Yes, on occasion.

12   Q    When you arrived at the Scozzari residence each day for

13   work, how did you get there?

14   A    My own personal vehicle.

15   Q    And when you arrived there, would you leave your vehicle

16   there throughout the day until the end of the workday?

17   A    Yes, correct.

18   Q    Eric, did you ever drive the work trucks on your own?

19   A    Yes.

20   Q    How frequently did that happen?

21   A    Daily.

22   Q    Did you ever have to take your own vehicle to any of the

23   job sites?

24   A    Yes, occasionally later during my employment, when I would

25   see the chiropractor, I would finish up with the chiropractor

1    and if we didn't need any more materials, I would just take my

2    own personal vehicle back to the job site.

3    Q    Eric, what was the purpose of checking in with the

4    Defendants through text message throughout the day?

5    A    Just to give them updates on the jobs, let them know what

6    was going on, whether I needed to grab anything, just being

7    accountable.

8    Q    In addition to driving these work trucks with the equipment

9    and materials to the job sites, did you have any other duties

10   or responsibilities at the actual job sites?

11   A    Yes, to just watch the roofing crew, make sure they didn't

12   screw anything up.  If they needed anything, I would have to go

13   get it for them, pretty much be on call.

14   Q    What are some examples of what you would have to get the

15   roofing crew that they couldn't get themselves?

16   A    If they were taking off the roof and there was rot on the

17   roof, I would have to go get them plywood, pretty much stuff --

18   anything they needed that they didn't have so they didn't have

19   to stop and get it themselves.

20   Q    Why were you required to watch over and supervise the teams

21   at the projects from time to time?

22   A    Just to update and report to Joe, to let him know how the

23   jobs were going.

24   Q    Did Joe specifically instruct you to do this?

25   A    Yes, correct.

1    Q    Eric, you testified just a few minutes ago that you would

2    typically arrive to work in the mornings around 7:30.

3    A    Yes.

4    Q    Are there text messages between you and the Defendants for

5    every single day that you worked?

6    A    From every single day, no.

7    Q    Why not?

8    A    Because some days, I would call him or he would call me,

9    some days he would tell me the night before what time he wanted

10   me to be there the next morning, it just depends.

11   Q    These job sites that you were working on that the

12   Defendants had during your employment, how long would those job

13   sites -- typically, how long would those job takes to complete,

14   the roofing jobs?

15   A    On average, three to four days.

16   Q    Were there days you would go back to the same job site

17   multiple days in a row?

18   A    Yes.

19             MR. RICHARDS:   Judge, this is Exhibit 2.

20   BY MR. RICHARDS:

21   Q    Eric, I'm going to go ahead and show you some documents

22   that we marked as Exhibit 2 that have been entered into

23   evidence in this case, okay?

24   A    All right.

25             MR. RICHARDS:   And Judge, I'm going to move to

```
 1   publish these to the jury as well through the electronic

 2   monitor.

 3             THE COURT:  Just one moment, please.

 4             All right, ladies and gentlemen, there are various

 5   exhibits that have already been admitted into evidence without

 6   objection by either side.  This is Plaintiff's Exhibit 2.

 7             You may proceed to publish to the jury, Mr. Richards.

 8             MR. RICHARDS:  Thank you, Your Honor.

 9   BY MR. RICHARDS:

10   Q   Eric, this first page of Exhibit 2 is Bates stamped

11   Scozzari 152, can you tell the jury what is going on in this

12   text message?

13   A   That's a text message between myself and Joe, and it

14   says -- it's him saying yes, and then it's me saying, "See you

15   at 7:30," and he said okay.

16             And then I said, "Hey, boss, what time should I

17   head," and then it is cutoff.

18   Q   Okay.  On these text messages, the blue symbol that is

19   shown next to the messages you said were from Mr. Scozzari, do

20   the blue messages or the blue symbol indicate Mr. Scozzari's

21   text messages to you?

22   A   Yes, correct.

23   Q   And whose text messages are the red symbol text messages?

24   A   This is me.

25             THE COURT:  Mr. Richards, is this page one of
```

```
 1   Plaintiff's Exhibit 2?
 2              MR. RICHARDS:  Yes, page one, Bates stamped Scozzari
 3   152.
 4              THE COURT:  Okay, thank you.
 5   BY MR. RICHARDS:
 6   Q   So Eric, what time were you required to report to work the
 7   day after August 5th?
 8   A   Can you repeat the question, I'm sorry.
 9   Q   Absolutely.  These text messages, what is the date on this
10   text message, on the very first one?
11   A   August 5th, 2020.
12   Q   And at what time was that text message sent from you to
13   Mr. Scozzari?
14   A   At 2:58 p.m.
15   Q   And when you sent this text message, "See you at 7:30,"
16   what were you referring to?
17   A   The following morning, August 6th, 2020.
18   Q   Okay.  I'm going to show you the second page of this
19   exhibit.
20              Eric, can you please tell the jury -- and for the
21   record this is Bates stamped Scozzari 141.  Can you please tell
22   the jury what is going on in this text message?
23   A   It says, "Okay, what?  Is Jimbo coming?"
24              And then it's me saying, "I tried to call, no
25   answer," and he said okay.  And on August 20th, 2020, at 6:19
```

```
 1  a.m., I said, "Hey, boss, I'm here, didn't want to knock and
 2  have" --
 3  Q   Was this one of those days, Eric, where you had to work
 4  before 7:30 in the morning?
 5  A   Yes.
 6  Q   When you said I'm here, where are you referring to?
 7  A   1401 Thornhill Lane.
 8  Q   What is located at that address?
 9  A   The work trucks.
10  Q   I'm going to skip over page three and I'm going on to page
11  four, this is Bates stamped Scozzari 133.
12          Eric, directing your attention to this text message,
13  can you please tell the jury what is going on here?
14  A   It is Joe saying "Me," and then it says, "Thank you, and I
15  will definitely."
16          And then August 27, 2020, at 6:24 p.m., it says,
17  "What time in the morning, boss?"
18  Q   Now, why would you typically send these text messages at
19  6:24 p.m., what happened at that point?
20  A   That was when I was finishing up my workday, trying to find
21  out what time I needed to come in the morning.
22  Q   The next page, Eric, Bates stamped Scozzari 110, can you
23  tell the jury what is going on in this one?
24  A   It says, "Tomorrow though," and then 9/7/2020, it says,
25  "Yep, same time tomorrow."
```

1          And then on 9/8 at 7:14 a.m., I said, "Boss, want me

2     to head right over and return the capping and" --

3     Q    That 7:14 text message, where would you have been when you

4     sent that?

5     A    Leaving 1401 Thornhill Lane.

6     Q    Okay.  And can you tell the jury, when you refer to capping

7     and you were asking Joe if you should head over and return

8     capping, what is capping exactly?

9     A    It is the stuff that goes on the ridgeline of your roof, so

10    the stuff that goes over to cover it.

11    Q    Eric, you mentioned earlier loading and unloading

12    equipment.  I'm showing you now the next page of this exhibit,

13    Bates stamped Scozzari 101, that first text message on this

14    page, Eric, what ladder was Mr. Scozzari referring to, do you

15    know?

16    A    Yes.  He had a 10 foot ladder in his 2500 truck that he

17    used for roofing estimates.

18    Q    Would you be required to load ladders into the back of the

19    trucks depending on the workday?

20    A    No, not typically.  I think he just wanted me there to swap

21    the ladder and another truck, the ladders were typically

22    already on the trucks.

23    Q    Okay.  The next page is Bates stamped Scozzari 50, 5-0.

24    Can you explain this text message that starts in the middle of

25    the page?

1    A    I said, "Okay, got it," and that was 10/19/2020 at

2    7:20 a.m.

3    Q    What did Mr. Scozzari respond with?

4    A    "After you dump, pick up the list -- or pick that list up

5    at shop and deliver to."

6    Q    The shop that Mr. Scozzari is referring to, is that the

7    same shop you told the jury about earlier?

8    A    Yes.

9    Q    Do you recall where you would have been when you received

10   this text message at 7:20 in the morning?

11   A    Just leaving 1401 Thornhill Lane.

12   Q    I'm going to show you the next page, Eric, this is Bates

13   stamped Scozzari 47.

14         What time did Mr. Scozzari tell you to be at work

15   when he text messaged you on October 20th of 2020?

16   A    He said, "Yes, 7:30, have to bring the trailer and

17   materials to Quarry."

18   Q    Okay.  What is the trailer?

19   A    His dumpster that he used to load the old roofs in when

20   they would do a tear off.

21   Q    And what is the Quarry?

22   A    I believe that's a job site, like a job that we did.

23   Q    Next page, Eric, Scozzari 48, what time did Mr. Scozzari

24   tell you to go home that day?

25   A    5:07 P.M.

1   Q   Now, you testified earlier that you usually would work

2   until 5:30 P.M., is this one of those days where you were sent

3   home earlier?

4   A   Yes.

5   Q   Now, I'm going to put up what is Bates stamped Scozzari

6   361.

7           THE COURT:  We are still on Plaintiff's 2, correct?

8           MR. RICHARDS:  Correct, Your Honor.

9           THE COURT:  All right, thank you.

10  BY MR. RICHARDS:

11  Q   Eric, on November 23rd, 2020 at 7:24 p.m., what did you

12  send to Mr. Scozzari?

13  A   I said, "On my way, they need those other rolls."

14  Q   What are rolls?

15  A   Like the rolls that when you tear off a roof, you use to

16  like replace the old roof, to like seal it up pretty much

17  before you put either shingle or metal down.

18  Q   And why would you have been sending this at 7:24 in the

19  evening?

20  A   Because they tore off the roof and they ran out of rolls,

21  so I had to get them more.

22  Q   Were you still working at this time?

23  A   Yes.

24  Q   And you testified earlier that you typically would stop

25  working around 5:30, is this one of those occasions where you

1   had to work past 5:30?

2   A   Yes.

3   Q   The next page, Eric, this is Bates stamped Scozzari 353,

4   can you explain to the jury what is going on in this text

5   message?

6   A   Yes, it says, "You have any water, they need water."

7   Q   Who is they?

8   A   The roofing crew, I guess they didn't bring their own water

9   that day and they needed water, so I ran back to Joe's house to

10  get water.

11  Q   Is this the kind of stuff you would be required to do

12  throughout the day?

13  A   Yes, just little errands like that.

14  Q   And you mentioned previously that you felt as though you

15  were always on call, would it be for situations such as these?

16  A   Yes, correct.

17  Q   And what did Mr. Scozzari respond with?

18  A   He said, "Yeah, I have some, come get some."

19  Q   And what time was that sent, Eric, your text message to

20  Mr. Scozzari?

21  A   At 4:02 p.m.

22  Q   Were you still working at that time?

23  A   Yes.

24  Q   This next document is still Exhibit 2, Bates stamped

25  Scozzari 350.  What is going on in this text message, Eric?

```
 1   A    It's me saying, "What time tomorrow, boss?"

 2              He said, "7:00, have to get the machine and roll

 3   panels by 8:00," and I said, "Yes, sir."

 4   Q    So what did you take that to mean when Mr. Scozzari told

 5   you 7:00?

 6   A    To arrive by seven o'clock at 1401 Thornhill Lane.

 7   Q    And what time did you send this text message to

 8   Mr. Scozzari?

 9   A    At 6:08 p.m.

10   Q    Why would you have sent this at 6:08 p.m.?

11   A    Because I was just finishing work.

12   Q    This next page is Bates stamped Scozzari 349.  Eric, what

13   time did Mr. Scozzari text you on November 30th, 2020?

14   A    At 6:57 a.m.

15              THE COURT:  Again, this is Plaintiff's 2, if you

16   could just remind us of the exhibit number.

17   BY MR. RICHARDS:

18   Q    We are staying on Exhibit 2, Eric, for the next few

19   questions and on this page, you mentioned Barber, what is

20   Barber?

21   A    That is like the main street that Joe lives off of.

22   Q    How far is Joe's residence at 1401 Thornhill, how far is

23   that from Barber?

24   A    Maybe two or three minutes.

25   Q    So at 5:57, you were two to three minutes away from the
```

1    Scozzari residence on this day?

2    A    Yes.

3    Q    And then what is the last message on this page from you?

4    A    It says here --

5    Q    We are staying with Exhibit 2, Bates stamp 351, Scozzari.

6         What is the last message that Mr. Scozzari sends you

7    on this text message exchange?

8    A    "Okay.  We can make panels in the early morning, come in at

9    7:00."

10   Q    This next page is Bates stamped -- Exhibit 2 still, and

11   it's Bates stamped Scozzari 344, and when did you get that

12   message, Eric?

13   A    Either when I had arrived or I was just about to arrive.

14   Q    And when you say arrive, where are you referring to?

15   A    1401 Thornhill Lane.

16   Q    What did Mr. Scozzari tell you at 7:27 that morning?

17   A    "Go get the machine, bring it to the Barber Street job.

18   Let me know when you get it all set up, I have."

19   Q    We are still on Exhibit 2, this is Bates stamped Scozzari

20   345.  Eric, what is going on in this text message?

21   A    It says, "Hey, boss, I've got to take my four wheeler to

22   the dealer tomorrow, is there any way I can be off by like 3:30

23   or 4:00?"

24   Q    Eric, when you would need to take work off early, would you

25   always ask Mr. Scozzari for permission?

1   A   Yes.

2   Q   How would you typically ask him, verbally, through text

3   message, how?

4   A   Both usually.

5   Q   And why were you asking Mr. Scozzari if you could leave by

6   3:30 or 4:00?

7   A   To take my four wheeler to the dealership, which is in

8   Melbourne.

9   Q   Okay.  When you asked Mr. Scozzari, were you intending on

10   working until around 5:30 on this day?

11   A   Yeah, approximately, yeah.

12   Q   Is that why you needed to get permission to leave earlier?

13   A   Correct, yes.

14   Q   Exhibit 2, Scozzari Bates stamp 333, what time did you

15   arrive to work that morning, Eric?

16   A   At 7:28 a.m.

17   Q   And what date was that?

18   A   December 7th, 2020.

19   Q   And immediately after you texted Mr. Scozzari, how did he

20   respond?

21   A   He said, "Okay.  Take the rolls back to the shop and

22   straighten up the trucks."

23   Q   Are those the same rolls you were telling the jury about

24   earlier?

25   A   Yes.

1    Q    Exhibit 2, Bates stamped Scozzari 330.

2              On December 7, Eric, 2020, what time were you told to

3    report to the Scozzari residence the next day?

4    A    "7:30, my house," is what Joe said.

5    Q    And then the next day on December 8th, 2020, what time did

6    you text message Mr. Scozzari?

7    A    At 7:26 a.m.

8    Q    What did you tell him?

9    A    "Here."

10   Q    What did that mean?

11   A    That I was at 1401 Thornhill Lane.

12   Q    Exhibit 2, Bates stamped Scozzari 325, what is an estimate,

13   Eric?

14   A    It's an estimation of how much somebody's roof is going to

15   cost to replace.

16   Q    Would you perform these and attend these estimates with

17   Joe?

18   A    Yes, he was teaching me how to do them, so I guess

19   eventually he wouldn't have to.

20   Q    So at 4:02 p.M. on December 8, 2020, what did you tell Joe?

21   A    I said, "Okay, picked everything up, leaving."

22             And he said, "Okay, head to my house for the

23   estimate, I will be" --

24   Q    So after you arrived back to the Scozzari residence, did

25   you go to an estimate with Joe that day?

1   A    Yes.

2   Q    And just so we are clear, Eric, when you would go to these

3   estimates, would you typically ride with Mr. Scozzari in the

4   same vehicle?

5   A    Yes, every time.

6   Q    When you were at the estimate, where was your personal

7   vehicle?

8   A    At 1401 Thornhill Lane.

9   Q    So when the estimate was done, where did you go?

10  A    Back to 1401 Thornhill Lane.

11  Q    And why would you have to go back to 1401 Thornhill Lane?

12  A    To drop Mr. Scozzari off and either go about my day or in a

13  case like that, I would imagine my day probably ended.

14          MR. WANDNER:  Judge, I would just object to

15  speculation based on his answers.  He said that he imagined his

16  day ended.

17          THE COURT:  Overruled, you may proceed.

18  BY MR. RICHARDS:

19  Q    Exhibit 2, Scozzari Bates stamp 316.  Eric, there is a text

20  message at the bottom of this exhibit -- of this page of the

21  exhibit.  Can you make out what text that was?

22  A    It says, What time?"

23  Q    Who sent that text message?

24  A    I did.

25  Q    What time did you send it?

1    A    At 6:42 p.m.

2    Q    And what was that in response to?

3    A    It said, "Text me when you leave."

4    Q    Was that Joe instructing you to let him know when you left?

5              THE COURT:  All right, excuse me.  Let's watch out

6    for leading questions, Mr. Richards.

7              MR. RICHARDS:  Yes, Judge.

8              THE COURT:  Please continue.

9    BY MR. RICHARDS:

10   Q    So when you received this text message from Joe, when did

11   you respond?

12   A    When I left that day.

13   Q    And what time was that?

14   A    6:40 p.m.

15   Q    This is Exhibit 2, Scozzari Bates stamp 303, what does that

16   mean, Eric?

17   A    It says, "And one three ply, 28 bucks.  Now should I do

18   YourPay like you do my money?"

19   Q    Do you know what that was in regard to?

20   A    I think I brought the wrong materials, if I do recall, and

21   he was complaining about the price, so I took them back and got

22   something else.

23   Q    Okay.  Do you recall anything -- strike that.

24             THE COURT:  Mr. Richards, at about 3:30, I would like

25   to take our afternoon break, keep that in mind.

1          MR. RICHARDS:   Thank you, Judge.

2    BY MR. RICHARDS:

3    Q    We are still on Exhibit 2, Scozzari Bates stamp 302.   What

4    was said at 4:21 p.m. that day?

5    A    "That's for Arbor one 3 inch, two 2 inch, no goosenecks."

6    Q    Let's break this down.   What is a gooseneck for those not

7    in the roofing industry?

8    A    It could be used like a dry vent, something like that.   It

9    is the little pipes on the top of your roof that curve over and

10   then the 3 inch and the 2 inch leads are the parts that stick

11   up on roof.

12   Q    What does leads for Arbor mean?

13   A    That's a job we were working on, I was required to count

14   those when they were tearing off the roof so we would know how

15   many we needed.

16   Q    The next text message on this, what time was that sent?

17   A    7:18 a.m., it says, "Hey, boss, I overslept a bit, running

18   a few minutes."

19   Q    And how long would it take you to get from your home to the

20   Scozzari residence in the morning?

21   A    Ten to 15 minutes.

22   Q    Whenever you were running late in the mornings, Eric, would

23   you notify Mr. Scozzari?

24   A    Yes.

25   Q    Do you recall how frequently or infrequently that happened?

1    A    Not very often.

2    Q    But whenever you are running late, did you notify him?

3    A    Yes.

4    Q    And if you were leaving at 7:18 and you were running late,

5    approximately what time would you have arrived at the Scozzari

6    residence from your home?

7    A    Maybe 7:35 at the latest.

8    Q    Exhibit 2, Scozzari Bates stamp 298.  On December 20th of

9    2020 at 6:21 p.m., what did you text Mr. Scozzari?

10   A    "Hey, I forgot to ask, what time do you want me there

11   tomorrow?"

12   Q    What did Mr. Scozzari tell you?

13   A    7:30.

14   Q    Exhibit 2, Bates stamped Scozzari 296, on December 22nd,

15   2020, at 7:23 in the morning, what text message was sent to

16   you?

17   A    It says, "Just grab the keys and head to the shingle job.

18   Make sure they rehang the Christmas lights, make sure."

19   Q    Exhibit 2, Bates stamped Scozzari 290, what happened on

20   December 22nd, 2020 at 5:05 p.m. that day?

21   A    Joe sent me an address and he said, "Don't pick the door so

22   she can get her car out."

23   Q    When Joe would send you an address like this, what was the

24   reason or purpose for it?

25   A    We were starting a new job.

1  Q    Did you have to report and go to that address when Joe

2  would send it to you?

3  A    Yes, correct.

4  Q    Were you still working at this time, when you received this

5  text message?

6  A    Yes.

7  Q    Exhibit 2, Scozzari Bates stamp 285.

8         Eric, when I say December 24th, what comes to mind?

9  A    Christmas Eve.

10 Q    7:38 p.m., you respond -- did you respond to a text message

11 from Mr. Scozzari?

12 A    Yes.

13 Q    What did Mr. Scozzari ask you to do?

14 A    "Eric, forgot, can you run to Arbor and move the bundles?"

15 Q    How did you respond?

16 A    "LOL."

17 Q    What does that mean?

18 A    Laugh out loud.

19 Q    Why did you send Mr. Scozzari LOL on Christmas Eve at

20 7:38 p.m.?

21 A    Because I thought it was a joke.

22 Q    Why did you think it was a joke?

23 A    Because it was 7:30 on Christmas Eve.

24 Q    Was it a joke?

25 A    No.

1    Q    Exhibit 2, Scozzari Bates stamp 278, what is Allied?

2    A    It's like a parts house for roofing.

3    Q    Okay.  Did you commonly have to go to Allied when you

4    worked for the Defendants?

5    A    Yes.

6    Q    Why would you have to go there?

7    A    Because they had a lot of materials we used for the roofs.

8    Q    So what happened on December 30th, 2020 at 3:54 p.m.?

9    A    Joe said, "Allied closes at 4:00, so don't jerk around,

10   4:30 I mean."

11   Q    And then the next day?

12   A    I said, "Yo, boss, my G ma hurt her hip."

13   Q    Who are you referring to, G ma?

14   A    My grandma, that was one of the days I believe I was late.

15   Q    And why were you late?

16   A    Because my grandma owns a farm and I had to feed her cows.

17   Q    Exhibit 2, Scozzari Bates stamp 531.  Eric, what happened

18   on January 6, 2021 at 6:42 p.m.?

19   A    Joe texted me and said, "Make sure you grab the brown

20   gooseneck."

21   Q    If you could just remind the jury again, what is gooseneck?

22   A    It could be a dryer vent, some kind of vent on your roof.

23   Q    Why were you getting this text at 6:42 in the evening?

24   A    Because I was still at the shop working.

25   Q    When Joe gave you this instruction, did you follow through

1    and comply with it?

2    A    Yes.

3              MR. RICHARDS:  Brief moment, Your Honor.

4              THE COURT:  Mr. Richards, since it is just about

5    3:30, are you almost complete with this line of inquiry.

6              MR. RICHARDS:  I have another probably ten pages to

7    go, Judge.  It might be good to take a break.

8              THE COURT:  Excellent, then.

9              Ladies and gentlemen, we are going to take a 15

10   minute break, this will be our final break for the afternoon

11   session.

12             All rise for the jury.

13       (The jury retired from the courtroom at 3:28 p.m.)

14             THE COURT:  All right, please be seated,

15   Mr. Epsilantis, you can return to counsel table and please

16   don't discuss the substance of your testimony with anyone.

17             We are in recess until 3:45.

18       (Recess was had at 3:28 p.m.; and the proceedings

19       resumed at 3:45 p.m.)

20             THE COURT:  All right, thank you.

21             Mr. Epsilantis, you can return to the witness stand

22   and let's call in the jury.

23       (Jury in at 3:47 p.m.)

24             THE COURT:  Thank you, please be seated.

25             You may proceed, Mr. Richards.

```
 1              MR. RICHARDS:  Thank you, Judge.
 2   BY MR. RICHARDS:
 3   Q    Eric, I'm still on Exhibit Number 2, and this is Bates
 4   stamped Scozzari 518 and Scozzari 519.
 5              I'm going to show you Scozzari 519 first, and I want
 6   to direct your attention to the bottom of this page, where it
 7   says January 16th, 2021, 3:41 p.m.
 8              MR. RICHARDS:  Judge, at this time, we are going to
 9   ask the Court to take judicial notice of the calendar for the
10   years of 2020 and 2021.  I conferred with Mr. Wandner, and I
11   don't believe there is any objection.
12              MR. WANDNER:  No objection, Judge.
13              THE COURT:  All right.  So judicial notice of which
14   calendar year; both years 2020 and 2021?
15              MR. RICHARDS:  Yes.
16              THE COURT:  All right, judicial notice is taken.  You
17   can continue.
18              MR. RICHARDS:  In light of that, Judge, we would ask
19   the Court to take judicial notice that January 16, 2021 was a
20   Saturday.
21              THE COURT:  All right.  Any objection, Mr. Wandner?
22              MR. WANDNER:  Yes, Judge?
23              THE COURT:  Any objection, Mr. Wandner?
24              MR. WANDNER:  To the calendar?
25              THE COURT:  Yes, and in particular the 16th of
```

1    January being a Saturday.

2              MR. WANDNER:  No objection, Judge.

3              THE COURT:  All right, judicial notice is taken.

4    BY MR. RICHARDS:

5    Q    Eric, on Saturday, January 16th, 2021 at 3:41 p.m., what

6    did you send to Mr. Scozzari?

7    A    "Still at this tile job."

8    Q    I'm going to now put up Scozzari 518, and if you can tell

9    the Court what the rest of that text message was.

10   A    "Still at this tile job, boss, probably not going to be

11   able to get there."

12   Q    You sent this text message to Mr. Scozzari on a Saturday?

13   A    Yes.

14   Q    What were you referring to about the tile job?

15   A    A roofing tile job.

16   Q    I'm showing you Exhibit 2, Scozzari Bates stamp 517.  On

17   January 18th, 2021, what time did you arrive to work?

18   A    7:26 a.m.

19   Q    The text message that you received after that, can you

20   explain to the jury what that means?

21   A    That must have been a new job we were starting, so he sent

22   me the address and the gate code.

23   Q    When Mr. Scozzari would send you one of those addresses,

24   were you required then to report to that address?

25   A    Yes.

1   Q   Exhibit 2, Bates stamp Scozzari 473, on February 10th, 2021

2   at 4:40 p.m., what time did Mr. Scozzari instruct you to come

3   to work the next day?

4   A   7:30 a.m.

5   Q   Exhibit 2, Scozzari Bates stamp 470, and the next day, on

6   February 11th, 2021, what time did you arrive to work, Eric?

7   A   7:30 a.m.

8   Q   What did you send to Mr. Scozzari?

9   A   "Here".

10  Q   Who is Gerry, G-E-R-R-Y?

11  A   That was a job we were working on.

12  Q   And when Mr. Scozzari refers to the drip, what is he

13  referring to?

14  A   Drip edge, it's part of the roof.

15  Q   Exhibit 2, Scozzari Bates stamp 461.  On February 14th, of

16  2021, what time did Mr. Scozzari tell you to arrive to work the

17  next day?

18  A   7:30.

19  Q   Exhibit 2, Bates stamp Scozzari 438, at the top of this

20  text message, Eric, what was the date and time of the message

21  Mr. Scozzari sent to you?

22  A   February 24th, 2021 at 5:16 p.m.

23  Q   What was sent?

24  A   "Hey, where are you now?"

25  Q   How did you answer?

1    A    "Allotrope the Simon job," and then I corrected it to

2    almost.

3    Q    Almost the Simon job, what was the Simon job?

4    A    A job we were working on at the time.

5    Q    Were you still working at 5:16 p.m. in the evening that

6    day?

7    A    Yes.

8    Q    Exhibit 2, Bates stamp Scozzari 447, the first text message

9    on this page, Eric, when you see the dollar sign and 2500, do

10   you have any idea what Mr. Scozzari is referring to?

11   A    The 2500 Ram truck.

12   Q    What makes you believe he is referring to the 2500 Ram

13   truck?

14   A    It said, "Now going to swap out the trucks, I'll take the

15   diesel, you take the 2500 home."

16   Q    What is the diesel also referred to as?

17   A    The 3500.

18   Q    Is that also a Dodge Ram?

19   A    Yes.

20   Q    Just so we are clear for the jury, there are two different

21   work trucks?

22   A    Yes.

23   Q    Exhibit 2, Scozzari Bates stamp 548.  On March 30th of

24   2021, these text messages that are on this page of the exhibit,

25   who are these from, do you know?

1    A    Julie Scozzari.

2    Q    And what makes you think Julie Scozzari sent these text

3    messages to you?

4    A    She said, "Okay.  So by the way, Joe does not give me the

5    answer to the questions I ask you answers for."

6    Q    And what was the last thing she sent to you?

7    A    "Yes, this is me bitching at you."

8    Q    And on Exhibit 2, Scozzari Bates stamp 547, did you respond

9    to Mrs. Scozzari?

10   A    Yes.

11   Q    And what did you tell her?

12   A    I said, "Sorry about that, one 3 inch pipe, one 2inch pipe,

13   one 1 1/2 pipe, 40 foot of ridge vent gutter all around, four

14   4 inch goosenecks, one electrical mast boot, Ardis," which was

15   the job we were working on at the time.

16   Q    What was the last message you sent to Mrs. Scozzari?

17   A    "No, I've been on standby."

18   Q    What is standby?

19   A    In case they needed any materials that they needed for the

20   day, so I was at the job.

21   Q    Do you know what Mrs. Scozzari meant by, "Yes, this is me

22   bitching at you"?

23        MR. WANDNER:  Objection, speculation.

24        THE COURT:  Sustained.

25

1    BY MR. RICHARDS:

2    Q   Is this the first time that Mrs. Scozzari said, "Yes, this

3    is me bitching at you"?

4    A   To my knowledge, yes.

5    Q   Exhibit 1, Bates stamped Scozzari 544.  On April 19th, 2021

6    at 5:17 p.m., what message was sent to you, Eric?

7    A   "Did you pick up the Jeep already?"

8    Q   And how did you respond to that?

9    A   "Waiting on my ride to get here, then heading that way."

10   Q   Did you send any other messages to the Defendants that

11   night?

12   A   I said, "I put the keys under the lion," which was by their

13   door.

14   Q   What is the lion?

15   A   It is like a little key holder that is by their door.

16   Q   And where in relation to the door is this lion?

17   A   Right next to the front door.

18   Q   Is it outside of the home?

19   A   Yes, correct.

20   Q   Why did you put keys under the lion?

21   A   If they weren't there, I just needed to put them there real

22   fast and then I would let them know.

23   Q   And what time did you do that that day?

24   A   At 6:04 p.m.

25   Q   Exhibit 2, Bates stamped Scozzari 545.  Eric, I want to

1   direct your attention to the middle of the page, to the text

2   message from April 28, 2021, what time was that text message

3   sent?

4   A    11:34 a.m.

5   Q    Let's go down to the message below that, what time was that

6   message sent?

7   A    6:14 p.m.

8   Q    And what message did you receive at that time?

9   A    "And why are those materials so close to the road.  Move

10  the gables back, make it look neat and leave room for the cars

11  to pull out from the back."

12  Q    Were you still working when you got this text message?

13  A    Yes.

14  Q    And do you recall who sent this message to you?

15  A    No.  It was either Joe or Julie, I don't recall which one.

16  Q    Exhibit 2, Bates stamped Scozzari 539, on April 29th, 2021,

17  the message that was sent to you, Eric, at that time, at 8:45

18  in the morning, what did you receive from the Defendants?

19  A    "We have clear caulking here, you can pick up with the

20  rivets."

21  Q    Do you know where here was that this person was referring

22  to?

23  A    1401 Thornhill Lane.

24  Q    Is that some of the equipment and materials that you would

25  be required to take in the mornings?

1    A    Yes.

2    Q    And then the final text message on that page, the one that

3    says, "Send me pictures of what is not done," who sent the

4    photo underneath that text message?

5    A    I did.

6    Q    And was it customary for you to send messages to the

7    Scozzaris and photos to update them?

8    A    Yes.

9    Q    And what does this text message -- to the best of your

10   ability, can you tell the jury, what is this showing?

11   A    It looks like they are installing a metal roof, and I sent

12   him a picture of them working, he wanted to see what was not

13   done.

14   Q    Eric, we just took a lot -- we took a look at a lot of text

15   messages just now, are these all of the text messages that you

16   and the Defendant shared during your employment?

17   A    No.

18   Q    And were there ever days when you did work when you and Joe

19   did not exchange text messages?

20   A    Yes.

21   Q    So based on the times, Eric, that we reviewed in these text

22   messages, the reporting to work, the leaving work, on average,

23   how many hours do you believe you worked each week for the

24   Defendants?

25            MR. WANDNER:  Judge, I would object, that's rank

1    speculation, on average, that's completely speculative.

2            THE COURT:  Overruled.

3            You may answer the question.

4    BY MR. RICHARDS:

5    Q    Would you like me to repeat the question, Eric?

6    A    Yes.

7    Q    After reviewing these documents and the start times and the

8    stop times, what do you believe was the average number of hours

9    that you would work for the Defendants when you were employed?

10   A    Approximately 45 to 50 hours a week.

11   Q    And what are you basing that off of, Eric?

12   A    On average, I would work approximately 7:30 a.m. to

13   5:30 p.m., five days a week, with the exception of some

14   Saturdays.

15   Q    Now, I want to be very clear.  Are you telling the jury

16   that you worked 45 to 50 hours every single week?

17   A    No, absolutely not.

18   Q    Were there weeks when you worked less than 40 hours during

19   your employment?

20   A    Yes.

21   Q    All right.  We are going to shift focus, all right, and I'm

22   going to ask you about some of those, okay?

23   A    Okay.

24   Q    Do you expect this jury to award you overtime wages in any

25   of those weeks where you didn't work over 40 hours?

1   A    No.

2   Q    Let's start first by focusing in on September of 2020, the

3   first Monday in September, Eric, do you know what that is

4   commonly referred to as?

5   A    Labor Day.

6   Q    Did you work on Labor Day in September of 2020?

7   A    No.

8   Q    So if you did not work on Labor Day that week, on a Monday,

9   would you have worked more than 40 hours that week?

10  A    No.

11  Q    Are you requesting that you be paid any overtime wages for

12  that first week of September?

13  A    No.

14  Q    Let's move on a little later in September.  I want to focus

15  you now on specifically September 23rd, 24th and 25th,

16  Wednesday, Thursday and Friday of that week, did you work on

17  those days?

18  A    No.

19  Q    Please tell the jury why not.

20  A    I was having medical problems.

21  Q    Did these medical problems require you to miss work?

22  A    Yes.

23  Q    During that time period, what sort of medical problems were

24  you having, Eric?

25  A    My stomach problems, which is caused by my autoimmune

1    disease, so I must have had a flareup.

2    Q    Did you ever have any issues with kidney stones?

3    A    Yes, also caused by my autoimmune disease.

4    Q    When you say autoimmune disease, what are you talking

5    about?

6    A    I have subcutaneous scleroderma, which is an autoimmune

7    disease that affects the muscle tissue on one side of your

8    body.

9    Q    How long have you had that?

10   A    Since I was like six years old.

11   Q    So these days in September that I was just asking about,

12   the 23rd, 24th and 25th, if you were out of work on those days,

13   did you work over 40 hours that week?

14   A    No.

15   Q    And just to be sure, are you looking to recover any

16   overtime wages for that week?

17   A    No.

18   Q    I'm going to move now into October, focusing in on

19   October 6th and 7th, did you work on those days?

20   A    No.

21   Q    Why not?

22   A    Also medical problems.

23   Q    Do you recall specifically what the medical issues or

24   problems were on those two specific dates?

25   A    I do not recall, no.

1    Q   What about the following week on October 12th, 14th, 15th

2    and 16th, did you work on those days?

3    A   No.

4    Q   And again, why not?

5    A   The same medical problems from the previous week.

6    Q   And again, just to reiterate, are you expecting the jury to

7    award you any overtime wages for that specific week in October?

8    A   No.

9    Q   I want to move into November now.  On Tuesday,

10   November 3rd, 2020, did you work that day?

11   A   No.

12   Q   And in light of not working that day of that week, did you

13   work over 40 hours that week?

14   A   No.

15   Q   Are you expecting to receive any overtime pay for that

16   week?

17   A   No.

18   Q   What about the week of Thanksgiving, did Mr. Scozzari make

19   you work on Thanksgiving Day?

20   A   No.

21   Q   If you didn't work that day, did you work over 40 hours

22   that week?

23   A   No.

24   Q   Are you expecting to get any overtime wages for that week

25   of Thanksgiving?

1   A    No.

2   Q    What about in December, focusing on December 9th, 2020, did

3   you work that day?

4   A    No.

5   Q    Do you recall specifically why you didn't work that day?

6   A    I believe it was my stomach problems.

7   Q    In light of your absence on Wednesday, December 9th, are

8   you expecting to recover any overtime wages for that week?

9   A    No.

10  Q    Why not?

11  A    Because I didn't work over 40 hours that week.

12  Q    And then we talked a little bit earlier about Christmas

13  Eve, what about Christmas Day, did you work that day?

14  A    No.

15  Q    And if you didn't work on Christmas Day in 2020, on a

16  Friday, did you work over 40 hours that week?

17  A    No.

18  Q    Eric, did you keep a diary or notebook of any of the hours

19  that you were working for the Defendants when you were

20  employed?

21  A    No.

22  Q    Why not?

23  A    I just didn't feel it was necessary.

24  Q    Why didn't you think it was necessary?

25  A    I didn't really know it was my obligation, as the employee,

1   to keep track of, you know, my hours.

2   Q   Were you told you had to keep track of your hours by the

3   Defendants?

4   A   No.

5   Q   Did you ever get anything, any text message, any e-mail,

6   any written letter, anything in writing telling you to report

7   your hours to the Defendants?

8   A   No.

9   Q   Did you ever get reprimanded in writing for not reporting

10  hours to the Defendants?

11  A   No.

12  Q   Do you know if the Scozzari residence at 1401 Thornhill

13  Lane, do you know if it had security cameras?

14  A   Yes, it did.

15  Q   How do you know this?

16  A   I saw them.

17  Q   Did you get an opportunity, when you were there, to view

18  the angle of the security cameras?

19  A   Yes.

20  Q   Where were the security cameras pointed, Eric?

21  A   One was facing down the driveway over the garage, and

22  another was facing where the work trucks would be and where I

23  would park my car.

24  Q   Based on your observation, did the security camera that was

25  angled at the work trucks have a clear angle showing when the

1   work trucks would arrive and leave?

2   A   Yes.

3   Q   Have you had a chance, Eric, to see any video surveillance

4   or footage in this case?

5   A   No, I have not.

6   Q   Okay.  I'm going to shift focus now and ask you some

7   questions about these work trucks that you used, okay?

8   A   Okay.

9   Q   And again, if you can remind the jury, how many work trucks

10  were there?

11  A   Two.

12  Q   And one was a 2500 Dodge Ram?

13  A   Yes.

14  Q   And the other was the 3500 Dodge Ram.

15  A   Yes.

16  Q   Which of these trucks did you drive during your employment?

17  A   Both.

18  Q   Do you know if these trucks -- these two work trucks had

19  GPS devices on them?

20  A   Yes, they did.

21       MR. RICHARDS:  Judge, we are moving over now to

22  Exhibit Number 3 and I'm going to move to publish Exhibit 3 for

23  the jury.

24       THE COURT:  Plaintiff's 3 was previously admitted

25  without objection, you may proceed.

```
 1   BY MR. RICHARDS:

 2   Q   Eric, these GPS records, have you had a chance to review

 3   these records before the trial today?

 4   A   Yes.

 5   Q   Are you familiar with what is on the records?

 6   A   Yes.

 7   Q   I'm showing you the very first page of these GPS records,

 8   this is Bates stamped Scozzari 1.

 9           THE COURT:  It's Plaintiff's 3, correct?

10           MR. RICHARDS:  Correct, Your Honor.

11   BY MR. RICHARDS:

12   Q   Eric, I'm going to zoom in here.  Can you tell the jury

13   what this document is showing exactly?

14   A   The start and the stop time of the 2500.

15   Q   Which column is next to that?

16   A   The address and the end address.

17   Q   I'll zoom back out for a second, Eric.  Do you see anything

18   on this document that has written 2500 on it, do you see

19   anything that identifies any name of any individual who was

20   driving the truck?

21   A   No.

22   Q   Do these records, Eric, show how much time you worked each

23   week?

24   A   No.

25   Q   Do these GPS records show what time you started working
```

1    each morning?

2    A    No.

3    Q    The start time on these GPS records, what would need to

4    happen with the truck in order for that start time to be

5    initiated?

6    A    You would have to start the ignition of the truck.

7    Q    And would the truck be started before -- would you start

8    the truck before or after you would load equipment on to the

9    truck in the mornings?

10   A    After.

11   Q    Do these GPS records then show any of the time you spent on

12   any morning loading equipment on to the trucks?

13   A    No, they do not.

14   Q    Do these GPS records show which vehicle you drove on which

15   day of the week?

16   A    They do not.

17   Q    Do these GPS records show which vehicle Mr. Scozzari drove

18   on which day of the week?

19   A    They do not.

20   Q    Who had the car keys to the work trucks?

21   A    Mr. Scozzari.

22   Q    Do these GPS records, Eric, show in any way when you would

23   first arrive to the Scozzari residence in the morning?

24   A    No.

25   Q    Eric, I want to direct your attention back now to

1    Exhibit 3, Scozzari Bates stamp 1.  Did you operate the 2500

2    Dodge Ram work truck before November of 2020?

3    A    Yes.

4    Q    To this day, Eric, have you personally seen any GPS records

5    for the 2500 Dodge Ram before November of 2020?

6    A    I have not.

7    Q    So had you had an opportunity to see any record of when you

8    would have been driving the 2500 Dodge Ram before November of

9    2020?

10   A    No.

11   Q    I'm going to zoom in again on this first page here, on

12   Scozzari Bates stamp 1 of Exhibit 3, and I want to focus your

13   attention, Eric, three lines down.  Do you see where it says

14   November 16th, 2020, 11:25?

15   A    Yes.

16   Q    What is the word that's next to that, Eric?

17   A    Null.

18   Q    What does that mean?

19   A    Invalid.

20   Q    What do you see under the end address on that same line?

21   A    Null.

22   Q    I'm going to zoom back out, do you see that word null

23   anywhere else on this page?

24   A    Yes, November 17th.

25   Q    All right.  I'm going to move on to the second page of that

1   Exhibit, Eric.  This is Exhibit 3, Bates stamped Scozzari 2.,

2   do you see that word null on any of the entries on this page of

3   the exhibit?

4   A    On November 25th and on December 1st.

5   Q    Page three of that exhibit Bates stamped Scozzari 3, we are

6   still on Exhibit Number 3, do you see the word null come up on

7   this page of this exhibit at all?

8   A    On 12 -- or December 22nd, 2020.

9   Q    On page 4 of the exhibit, Bates stamp 4 of Exhibit 3, do

10  you see the word null at all on that page, Eric?

11  A    No.

12  Q    On Scozzari Bates stamp 5 of Exhibit Number 3, do you see

13  the word null on that page?

14  A    No.

15  Q    What about on Scozzari Bates stamp 6 on Exhibit 3, do you

16  see the word null come up anywhere on that page?

17  A    No.

18  Q    Scozzari Bates stamp 7, does the word null come up on that

19  page?

20  A    No.

21  Q    What about on Scozzari Bates stamp 8 on Exhibit 3, do you

22  see the word null come up on that page at all?

23  A    On February 2nd, 2021 -- February 1st, I'm sorry.

24  Q    Okay.  What about on Scozzari Bates stamp 9, do you see the

25  word null come up anywhere on this page?

1    A    No.

2    Q    Scozzari Bates stamp 10, do you see the word null come up

3    anywhere on this page?

4    A    No.

5    Q    Scozzari Bates stamp 11, do you see the word null come up

6    on this page?

7    A    No.

8    Q    What about Scozzari Bates stamp 12, do you see the word

9    null on that page?

10   A    No.

11   Q    Scozzari Bates stamp 13th, is the word null on that page?

12   A    No.

13   Q    Scozzari Bates stamp 14, do you see the word null on that

14   page?

15   A    No.

16   Q    Scozzari Bates stamp 15, still on Exhibit 3, do you see the

17   word null on that page?

18   A    No.

19   Q    Bates stamp Scozzari 16, Exhibit 3, do you see the word

20   null on that page?

21   A    No.

22   Q    Scozzari Bates stamp 17, do you see the word null on that

23   page?

24   A    No.

25   Q    What about Scozzari Bates stamp 18, do you see the word

1   null on that page, Eric?

2   A    Yes.

3   Q    And where do you see the word null on that page?

4   A    April 14th, 2021.

5   Q    What about on Scozzari Bates stamp 19, do you see the word

6   null on that page?

7   A    No.

8   Q    Scozzari Bates stamp 20, do you see the word null on that

9   page?

10  A    No.

11  Q    Scozzari Bates stamp 21, do you see the word null on that

12  page?

13  A    No.

14  Q    Eric, I'm going to now show you the GPS records for the

15  3500 Dodge Ram work truck.  These are still Exhibit 3, this is

16  Bates stamp Scozzari 22, still on Exhibit 3, do you see the

17  word null on that page at all?

18  A    No.

19  Q    And the start date, Eric, of the 3500 GPS records, what is

20  the start date on this document?

21  A    August 3rd, 2020.

22  Q    And same questions that I went over with you about the 2500

23  Dodge Ram records, okay, does it show anywhere on this first

24  page for the 3500 GPS records how much time you worked each

25  week?

1   A    No.

2   Q    Does the GPS record here for the 3500 show what time you

3   started working each morning?

4   A    No.

5   Q    Do these GPS records show which vehicle you drove on which

6   day of the week?

7   A    No.

8   Q    Do the GPS records show which vehicle Joseph Scozzari drove

9   on which day of the week?

10   A    No.

11   Q    Scozzari Bates stamp 23, still on Exhibit 3, does that word

12   null pop up here?

13   A    No.

14   Q    How about on Scozzari Bates stamp 24, do you see the word

15   null anywhere on this document?

16   A    No -- yes, on September 21st, 2020.

17   Q    Can you point out to the jury where that is on the

18   document?

19   A    On the very bottom the page.

20   Q    On Scozzari 25, do you see the word null anywhere on that

21   page?

22   A    No.

23   Q    Scozzari 26, is the word null on this page at all?

24   A    Yes, October 30th, 2020 at the very bottom.

25   Q    Scozzari Bates stamp 27, does the word null show up on

1   these pages at all?

2   A    No.

3   Q    What about Scozzari Bates stamp 28, do you see the word

4   null?

5   A    Yes, on December 2nd, 2020 or --yeah, 2020.

6   Q    On Scozzari Bates stamp 29, do you see the word null

7   anywhere?

8   A    No.

9   Q    Scozzari Bates stamp 30, do you see the word null appear

10  anywhere?

11  A    No.

12  Q    On Scozzari Bates stamp 31, do you see the word null appear

13  anywhere?

14  A    No.

15  Q    Scozzari bought stamp 32, does the word null appear?

16  A    No.

17  Q    Scozzari Bates stamp 33, do you see the word null?

18  A    No.

19  Q    Scozzari Bates stamp 34, do you see the word null?

20  A    No.

21  Q    Scozzari Bates stamp 35, do you see the word null?

22  A    No.

23  Q    Scozzari Bates stamp 36, Eric, I would like you to take a

24  look at this document.  Do you know what Arego (phonetic)

25  means?

1    A    I believe that's a like a dealership.

2    Q    Did you write the word Arego on that document?

3    A    I did not.

4    Q    Do you know who did?

5    A    No.

6    Q    Scozzari Bates stamp number 37, still on Exhibit 3, does

7    the word null appear on this document?

8    A    Yes, on March 5th, 2021.

9    Q    Scozzari Bates stamp 38, did you write the information on

10   the side of that page, Eric?

11   A    No.

12   Q    What does that say?

13   A    No name will, Vegas boat, Will Coggins.

14   Q    Do any of those things mean anything to you?

15   A    No.

16   Q    Do you see the word null on this page?

17   A    No.

18   Q    Bates stamp Scozzari 39, does null appear on this document?

19   A    No.

20   Q    Scozzari Bates stamp 40, does the word null appear on that

21   document?

22   A    No.

23   Q    Scozzari Bates stamp 41, does the word null appear on this

24   document?

25   A    No.

1    Q    Scozzari Bates stamp 42, do you see the word null on this

2    document?

3    A    No.

4    Q    Scozzari Bates stamp 43, do you see the word null on this

5    document, Eric?

6    A    No.

7    Q    Scozzari Bates stamp 44, do you see the word null on that

8    document?

9    A    No.

10   Q    Now, when was your last day of employment, Eric?

11   A    May 3rd.

12   Q    Of what year?

13   A    2021.

14   Q    What day of the week was that?

15   A    Monday.

16   Q    Have you seen any records so far between the 2500 GPS

17   records and the 3500 GPS records for Monday, May 3rd, 2021?

18   A    Yes.

19   Q    And when have you seen those before?

20   A    In review, I guess.

21   Q    Is there another collection of GPS records that were

22   produced in this case?

23   A    Not to my knowledge.

24   Q    Is there a supplemented collection that shows May 3rd of

25   2021?

1    A    For the 3500?

2    Q    For the 2500.

3    A    Yes.

4    Q    How about for the 3500?

5    A    Yes, I believe so.

6    Q    This is Exhibit 3, Scozzari Bates stamp 560.  Eric, can you

7    tell the jury what this is on Scozzari 560?

8    A    A Verizon driving history expert or export.

9    Q    Do you see the e-mail here, Eric, who was that e-mail sent

10   to from the forwarded message?

11   A    Joseph Scozzari.

12   Q    Can you read it again, where it says -- underneath where it

13   says from, do you see where I'm referring to, Hum by Verizon?

14   A    Yes.

15   Q    Underneath that, what is the subject line?

16   A    "Hum by Verizon, driving history export."

17   Q    Underneath that, what does it say?

18   A    Date May 10th, 2021 at 1:44 p.m.

19   Q    And what is the e-mail address that this was forwarded to?

20   A    Julie Scozzari at comcast.net.

21   Q    And who is the customer's name underneath that?

22   A    Joseph Scozzari.

23   Q    Eric, I'm going to direct your attention -- on this

24   composite of documents, I want to direct your attention to --

25            MR. RICHARDS:  Just a brief moment, please, Your

1    Honor.

2        (Break in the proceedings)

3    BY MR. RICHARDS:

4    Q    This is Bates stamped Scozzari 581, Eric.

5            THE COURT:  All right.  Please ask the question again

6    and please tell us what exhibit you are using.

7    BY MR. RICHARDS:

8    Q    This is still Exhibit Number 3, Eric, and we are on

9    Scozzari Bates stamp 581.

10           I'm going to zoom in here, do you see May 3rd of 2021

11   listed on this document?

12   A    Yes.

13   Q    Do there appear to be records on May 3rd of 2021 of when

14   one of the work trucks was turned on and turned off?

15   A    Yes.

16   Q    I'm going to put the GPS records aside for a moment, Eric,

17   we will be back to them briefly.

18           Let's focus now on the month of February, okay?

19   A    Okay.

20   Q    I specifically want to direct your attention to

21   February 17th, do you remember anything happening that day?

22   A    Joe and I got into a car accident.

23   Q    When you say Joe, are you referring to the Defendant?

24   A    Mr. Scozzari, yeah.

25   Q    Were you injured in this accident?

1    A    Yes.

2    Q    Did you have to seek any medical help?

3    A    Yes, I went to the urgent care and then had to see a

4    chiropractor.

5    Q    Do you remember what time of day the accident happened?

6    A    Approximately 9:30 in the morning.

7    Q    Who was the chiropractor that you had to see as a result of

8    this accident?

9    A    Shannon Griffin.

10   Q    Do you know where Dr. Griffin's office is?

11   A    It's in Vero Beach.

12   Q    And how long -- or how far was Vero Beach from where you

13   would be working during the work week?

14   A    His office was approximately 20 minutes from 1401 Thornhill

15   Lane.

16   Q    When you went to the chiropractor after this accident, were

17   you required to return to the chiropractor on a regular

18   schedule?

19   A    Yes, two to three times a week.

20   Q    When did that start, Eric, the two to three times a week

21   going to the chiropractor?

22   A    Almost immediately.

23   Q    So when you would have a chiropractor appointment, can you

24   explain to the jury what you would do during work?

25   A    Yes.  I would return to 1401 Thornhill Lane, grab my

1    personal vehicle, go to the chiropractor appointment, and then

2    typically have to return to work, sometimes using my personal

3    vehicle.  If they didn't need any materials on the job, I would

4    just take my own personal vehicle back to the job site.

5    Q    If materials were needed on the job site, would you have to

6    return back to 1401 Thornhill Lane to get a work truck?

7    A    To grab one of the work trucks, yes.

8    Q    Okay.  When you got to the chiropractor after leaving 1401

9    Thornhill Lane to go there for your appointment, on average,

10   how long would these chiropractor appointments take?

11   A    About an hour.

12   Q    Now, where are you calculating that from, the hour of time,

13   so the jury knows?

14   A    My drive time, and the appointment would take about 10 to

15   15 minutes.

16   Q    So walk the jury through again, if you would.  When you

17   would leave for your appointment, when you would leave a job

18   site to go to an appointment, where would you first go?

19   A    1401 Thornhill Lane.

20   Q    On average, how long would it take you to get there?

21   A    To the chiropractor?

22   Q    To 1401 Thornhill Lane from one of the job sites.

23   A    About ten minutes, if it was in town.

24   Q    What if it was outside of town, would it take longer?

25   A    Well, if I was already in Vero at a job site, then I would

1    just take the work truck to the chiropractor appointment.

2    Q   At the end of the chiro appointment -- well, before we get

3    there, can you explain to the jury during these appointments

4    what would typically happen, what the chiropractor would do?

5    A   He would put me on a TENS machine to loosen up my muscles

6    for about five minutes and then just give me an adjustment, and

7    then I was free to go.

8    Q   In total, how long would it typically take you, when you

9    were physically present at the chiropractor?  I'm not talking

10   about travel time, I'm talking about being physically present

11   in the office.

12   A   Ten to 15 minutes.

13   Q   Then when you finished, that what would you do?

14   A   If I was in my personal vehicle, I would either return to

15   the job site in my personal vehicle or if I needed to get

16   materials, I would return to 1401 Thornhill Lane and grab --

17   you know, grab the truck to get materials.

18   Q   So each day that you would have to go to the chiropractor,

19   approximately how long would that take you out of work?

20   A   About an hour.

21   Q   And you testified earlier that you went to the chiropractor

22   two to three times a week?

23   A   Yes, on average.

24   Q   Do you know what would change or what would require you to

25   go to three times a week as opposed to two times a week?

1    A    It just varied.  The chiropractor had me on a schedule like

2    that, where I would see him two times one week, and maybe three

3    times another, depending.  Sometimes I didn't -- maybe only

4    went two or three -- or one or two times, you know, if I had to

5    miss for work, it really just depended.

6    Q    So you told the jury earlier that you worked on average 45

7    to 50 hours a week.  After this accident happened, how did your

8    chiropractor visits affect the number of hours you were

9    normally working?

10   A    Two to three hours a week.

11   Q    Two to three hours a week of what?

12   A    That I would have to miss.

13   Q    Okay.  So when you were starting to see the chiropractor,

14   when you saw the chiropractor, how long did you see him, did

15   you see him through the end of your employment?

16   A    Yes.

17   Q    And in light of the two to three visits that you would make

18   each week with the chiropractor, how did that affect the total

19   number of hours that you were working on average each week for

20   the Defendants?

21            MR. WANDNER:  Objection, asked and answered.

22            THE COURT:  Overruled.

23   BY MR. RICHARDS:

24   Q    You can answer.

25   A    Can you ask that question again, I'm sorry.

1    Q    In light of the two to three hours a week that you were

2    spending at the chiropractor after the accident on

3    February 17th, how did that affect the total number of hours

4    that you were working on average each week for the Defendants?

5    A    I would miss two to three hours a week to go to the

6    chiropractor, so 45 to 50 minus three, you know.

7    Q    Approximately how many is that?

8    A    Forty-three to 47 hours a week.

9    Q    Eric, I've been asking you questions today about a period

10   of time that's approximately two to two and a half years ago.

11   Aside from your own testimony and recollection, do you know if

12   there is any evidence that this jury can look at to know for

13   certain whether you actually worked over 40 hours in a week?

14   A    Text messages and the GPS records.

15   Q    And is there any week in particular that you believe the

16   jury can see that you definitely worked over 40 hours?

17   A    The week of February 1st.

18   Q    Okay.  What day of the week was February 1st, 2021?

19   A    A Monday.

20   Q    Did you work every single day the week of February 1st,

21   2021?

22   A    Yes.

23   Q    Did you work on Monday that week?

24   A    Yes.

25   Q    Did you work on Tuesday that week?

1    A    Yes.

2    Q    Did you work on Wednesday that week?

3    A    Yes.

4    Q    How about Thursday?

5    A    Yes.

6    Q    And did you work on Friday that week?

7    A    Yes.

8    Q    How do you know that you worked more than 40 hours the week

9    of February 1st?

10   A    Text messages and the GPS records.

11   Q    Okay.  So did you exchange text messages with the

12   Defendants that week?

13   A    Yes.

14          MR. RICHARDS:  Judge, this is Plaintiff's Exhibit 4,

15   starting at Bates stamp Plaintiff 513.

16          THE COURT:  All right.  Plaintiff's Exhibit 4 was

17   previously admitted without objection, you may continue.

18   BY MR. RICHARDS:

19   Q    Eric, what are you and the jury looking at here?

20   A    That's a text message between me and Joe.

21   Q    And where it says February 1st, 2021, 11:21 a.m., what did

22   you send at that time?

23   A    He said if he could borrow one battery, too.

24   Q    Who did you send that do?

25   A    Joe.

```
 1    Q   Were you working on that day and time when you sent that
 2    message to Mr. Scozzari?
 3    A   Yes.
 4    Q   Where did you send this text message from?
 5    A   The job site.
 6    Q   I'm going to keep they exhibit up for one moment, but I am
 7    going to bring back up the GPS records for the 3500 work truck,
 8    which was Exhibit 3, I believe.
 9            Eric, I want you to carefully review Exhibit 4 that
10    we have on the electronic monitor right now.
11            Eric, I'm showing you what has been entered into
12    evidence already as Plaintiff's Exhibit 3, which were the GPS
13    records.  I'm going to zoom in here, Eric, where it says
14    February 1st, do you see what I'm talking about?
15    A   Yes.
16    Q   What time was the 2500 GPS turned on that day?
17    A   7:02 A.M.
18    Q   I'm now going to show you the GPS records for the 3500 work
19    truck for February 21st, 2021.  Do you see where it says
20    February 1st, 2021 on this document, Eric?
21    A   Yes.
22            THE COURT:  What exhibit is this?
23            MR. RICHARDS:  This is Exhibit 3, Judge, the GPS
24    records, this is Bates stamped Scozzari 34.
25
```

1   BY MR. RICHARDS:

2   Q   What time was the 3500 work truck turned on on

3   February 1st, 2021?

4   A   1:30 p.m.

5   Q   I'm going to go back now, Eric, to the first page of

6   Exhibit Four, Scozzari -- excuse me Plaintiff Bates stamp 513,

7   what time was your text message sent?

8   A   11:21 a.m.

9   Q   Where did you send that from?

10  A   The job site.

11  Q   Based on the two GPS records that you have just looked at,

12  the 2500 and the 3500, which of those two trucks were you

13  driving that day?

14  A   The 2500.

15  Q   And why is it the 2500, not the 3500?

16  A   Because the 3500 wasn't started until 1:30 in the

17  afternoon, and I was already at the job at 11:30.

18  Q   I'm putting back up Exhibit 3, Bates stamped Scozzari 8.

19  Do you see the date of February 1st, Eric?

20  A   Yes.

21  Q   What is the number that's handwritten next to February 1st,

22  do you see that scribbled handwritten number?

23  A   Twenty-seven.

24  Q   Okay.  And I'm going to show you now, still Exhibit 3,

25  Scozzari 9, do you see that same number 27 anywhere?

1  A   Yes.

2  Q   Okay.  And when you look at February 1st of 2021, what time

3  was the 2500 turned off that day?

4  A   At 5:26 p.m.

5  Q   Eric, did you work from 7:02 in the morning until 5:26 p.m.

6  on February 1st, Monday, 2021?

7  A   Approximately.  Like I stated earlier, I had to load

8  equipment on most occasions before I would start the truck,

9  so...

10  Q   And do these GPS records show any of that time?

11  A   No.

12  Q   So at the very least, did you work the hours that are

13  indicated on the GPS records for that day on the 2500?

14  A   Yes.

15  Q   Let's go to the next day of the week, Eric.

16       February 2nd, Tuesday, February 2nd, 2021, did you

17  work that day?

18  A   Yes.

19  Q   How do you know that you worked that day?

20  A   Text messages and GPS records.

21  Q   I'm going to show you now -- this is still Plaintiff's

22  Exhibit 4, this is Bates stamped Plaintiff 845.

23       Eric, who is Joe boss man?

24  A   Joe Scozzari.

25  Q   The Defendant in this case?

1   A    Yes.

2   Q    So what text message did you send to him on Monday,

3   February 1st at 4:29 p.m.?

4   A    "Just talked to Ramone, he wants me to have the machine

5   there at 7:30, so I'll be in at 6:30."

6   Q    Who is Ramone?

7   A    One of the roofing crew guys that works for Joe.

8   Q    Why would the machine need to be somewhere?

9   A    To run metal panels for the roof, which is like the main

10  part of your roof on a metal roof.

11  Q    And if you look at the GPS records, back to Exhibit Number

12  3, Scozzari Bates stamp number 9, on February 2nd, Eric, what

13  time was the 2500 work truck started that day, sir?

14  A    At 6:53 A.M.

15  Q    What time did you tell Mr. Scozzari that you were going to

16  have to be in by?

17  A    6:30.

18  Q    And this machine, did you have to load it on to one of the

19  work trucks?

20  A    Yes, when I took it to the -- when I got to the shop off

21  4th Street, I would have to load it.

22  Q    Before you got to the shop, did you have to get a work

23  truck from the residence?

24  A    Yes, and I had to grab a computer, which runs the machine.

25  Q    Let's look at the 3500 GPS records for that same day.  This

1    is Exhibit 3, Bates stamp Scozzari 34.

2              On February 2nd, Eric, what time was the 3500 work

3    truck turned on?

4    A    12:04 p.m.

5    Q    Based on your text messages with Joe the night before,

6    would that have been you starting the truck that day?

7    A    No.

8    Q    What truck would have started on Tuesday, February 2nd,

9    2021?

10   A    The 2500.

11   Q    Based on the GPS records for February 2nd, when you compare

12   them with the text messages you and Mr. Scozzari exchanged, did

13   you drive the 2500 or the 3500 that day?

14   A    The 2500.

15   Q    What time was the 2500 returned to the Scozzari residence

16   that day?

17   A    3:31 P.M.

18   Q    Eric, did you work on February 2nd, 2021 from 6:53 --

19   strike that.

20             Did you work on February 2nd, 2021 from 6:53 a.m.

21   until 3:31 p.m. that day?

22   A    Approximately.

23   Q    Why do you say approximately?

24   A    Because the GPS records don't show the time that I was

25   loading and unloading materials.

1    Q    But did you work at least those hours based on the GPS

2    records?

3    A    Yes.

4    Q    I'm going to move now to Wednesday, February 3rd, that

5    week.  Did you work that day Eric?

6    A    Yes.

7    Q    How do you know you worked that day?

8    A    The GPS records and text messages between Joe and myself.

9    Q    I'm going back to Exhibit 4, this is Bates stamped

10   Plaintiff 845.  Eric, what did you send to Mr. Scozzari on

11   Wednesday, February 3rd, at 7:32 in the morning?

12   A    I said, "I woke up with a sore throat and stuffy nose.  I'm

13   trying to get ahead of you to see what I have to do this

14   morning so I don't get you sick."

15   Q    Is this you calling out of work?

16   A    No.

17   Q    Do you know that you actually worked that day?

18   A    Yes.

19   Q    How do you know that you worked that day and you didn't

20   call out sick?

21   A    The GPS records and text messages between myself and Jimbo.

22   Q    Can you say that name again?

23   A    Mr. Kaiser, I'm sorry.

24   Q    Did you say Jimbo and Mr. Kaiser?

25   A    Yes.

1    Q    We haven't heard that name yet, who is Mr. Kaiser?

2    A    He is another employee that works for Joe.

3    Q    And where does he work, is he a driver, also?

4    A    Yes -- or no, he works in the metal shop.  On occasion, he

5    would deliver metal to the jobs, but mainly he just worked in

6    the metal shop.

7    Q    Is that the same shop you told the jury about down in Vero

8    Beach?

9    A    Yes.

10   Q    So we are talking about Wednesday, February 3rd, Eric.

11   A    Yes.

12   Q    This is still Exhibit 4, Plaintiff's 4, Bates stamped

13   Plaintiff 487.  Wednesday, February 3rd at 3:03 p.m. -- let me

14   zoom out here for a second so you can see it all -- who is

15   Jimbo work?

16   A    Jimbo Kaiser.

17   Q    Is that the gentleman you were just telling the jury about?

18   A    Yes.

19   Q    What did you tell Jimbo Kaiser on Wednesday, February 3rd

20   and 3:03 p.m.?

21   A    I said, "Have to take four caps off the Stanley pile at the

22   shop for the Parker job."

23   Q    Was that the work you were performing that day?

24   A    Yes.

25   Q    Who is the gentleman in the photo?

1    A    That's Jimbo.

2    Q    Mr. Kaiser?

3    A    Yes.

4    Q    Why did you send this text message to Mr. Kaiser?

5    A    To let him know that the Stanley pile was going to be short

6    four caps, because I had to take them for the Parker job.

7    Q    Did you have to send these kinds of messages to Mr. Kaiser

8    throughout your employment?

9    A    Yeah, just so we didn't come up short on a job for

10   materials.

11   Q    So we have been talking now about Wednesday of that week,

12   February the 3rd, 2021, I'm going to show you now the GPS

13   records for the 3500 that day.

14           On February 3rd, 2021, Eric, what time was the 3500

15   turned on?

16   A    It wasn't operated that day.

17   Q    The 3500 wasn't turned on at all?

18   A    No.

19   Q    Well, if the 3500 wasn't turned on, could you have been

20   driving it?

21   A    No.

22   Q    Let me show you the GPS records for the 2500 that day.

23   This is Exhibit 3, Scozzari Bates stamp 9, was the 2500 work

24   truck turned on that day, Eric?

25   A    Yes, at 7:46 a.m.

1    Q    And what time was the 2500 work truck -- what time did you

2    return it to the Thornhill Lane that day?

3    A    I returned it at 4:57.

4    Q    When you sent they text message to Jimbo Kaiser, were you

5    having to use the work truck to go to the shop and get those

6    materials?

7    A    Yes.

8    Q    Based on the fact that the 3500 was not turned on that day,

9    Eric, which work truck did you drive?

10   A    The 2500.

11   Q    And what time was the 2500 returned to residence?

12   A    At 4:57 p.m.

13   Q    How far was the shop where Jimbo was, how far was that shop

14   from the Scozzari residence?

15   A    Like I stated earlier, depending on traffic, 40 to 45

16   minutes.

17   Q    So at 3:03 p.m., you had to go down to the shop and you had

18   to do this stuff with the caps and then you left the shop, you

19   went back up to 1401 Thornhill Lane, and return the car at

20   4:57, after doing the work at the shop, would that be

21   consistent with you driving the 2500 that day?

22   A    Yes.

23   Q    Eric, did you work from 7:42 in the morning until 4:57 p.m.

24   on February 3rd, 2021?

25   A    Yes.

1  Q   Eric, did that time take into account any of the loading or

2  unloading you would have done?

3  A   No.

4  Q   I'm going to move on now to Thursday of that week, Eric,

5  February 4th.  Did you work that day?

6  A   Yes.

7  Q   How do you know?

8  A   Text messages and GPS records.

9  Q   This is Exhibit 4, Plaintiff's Bates stamp 845, do you see

10 a date on here Eric for Thursday, February 4th?

11 A   It's blurry.

12 Q   Thank you for letting me know.

13         Do you see a text message sent on Thursday,

14 February 4th?

15 A   Yes, at 2:28 p.m., it is a picture of rolls that I referred

16 to earlier that we used for the roof.

17 Q   Where was that photo taken?

18 A   At Joe's shop off of 4th Street and US1.

19 Q   I'm going to show you the GPS records for the 3500 that

20 day.  Was the 3500 turned on that day, Eric?

21 A   No.

22 Q   So that's now two days in a row that the 3500 wasn't turned

23 on?

24 A   Yes.

25 Q   And two days in a row that you worked when the 3500 wasn't

1    turned on?

2    A    Yes.

3    Q    I'm going to show you the GPS records now for the 2500,

4    Exhibit 4 -- Exhibit 3, excuse me, Exhibit 3, Scozzari Bates

5    stamp 9, what time was the 2500 work truck turned on on

6    Thursday, February 4th, 2021?

7    A    9:10 a.m.

8    Q    I'm going to show you Plaintiff's Bates stamp 846, this is

9    still the same exhibit, Exhibit 4 from the text messages we

10   were looking at.   Is this the same photograph from the prior

11   text message, Eric?

12   A    Yes.

13   Q    And what did you tell Mr. Scozzari when you sent this

14   photo?

15   A    I said, "63 rolls of IRX, 72 rolls of MTS."

16   Q    What did Mr. Scozzari say to you?

17   A    "Okay, thank you.   Take the rest of the day off."

18   Q    And did you follow Mr. Scozzari's instructions and take the

19   rest of the day off?

20   A    Yes.

21   Q    I'm going to show you the GPS records for the 2500, this is

22   Exhibit 3, Scozzari Bates stamp 10.   When was the 2500 turned

23   off on February 4th, 2021, Eric?

24   A    At 3:17.

25   Q    Okay.   Now, this prior text message from Mr. Scozzari that

1  he sent to you, this was a follow up -- excuse me, was this a

2  follow up to Plaintiff's Bates stamp 845, the photograph that

3  you sent?

4  A    Yes.

5  Q    And what time did you send the photograph?

6  A    At 2:28 p.m.

7  Q    And when Mr. Scozzari told you to take the rest of the day

8  off, where were you when you took this photograph?

9  A    At his shop off of 4th Street and US1 in Vero.

10  Q    And remind the jury, how long does it take to get from the

11  shop back to Scozzari residence?

12  A    Approximately 40 to 45 minutes.

13  Q    And on February 4th, 2021, what time did you turn the 2500

14  truck off back at 1401 Thornhill Lane?

15  A    3:17 p.m.

16  Q    Did you work from 9:10 a.m. to 3:17 p.m. on February 4th,

17  2021?

18  A    Yes.

19  Q    Does that show any of the time that you spent loading or

20  unloading equipment into the work trucks?

21  A    No.

22  Q    And you testified earlier, Eric, that you normally would

23  work until about 5:30 in the evenings.  Is this one of those

24  occasions when you worked and stopped sooner?

25  A    Yes.

1  Q   And Mr. Scozzari specifically told you to stop working at

2  around 2:38 or so after he got the photo.

3  A   Yes.

4  Q   Did you listen to him?

5  A   Yes.

6  Q   Did you follow his instructions?

7  A   Yes.

8  Q   Did you take the rest of the day off?

9  A   Yes.

10 Q   And did you return his work truck back to the Scozzari

11 residence?

12 A   Yes.

13 Q   The 2500?

14 A   The 2500, correct.

15 Q   Okay, Eric.  We are up to Friday, February 5th, 2021, did

16 you work that day?

17 A   Yes.

18 Q   How do you know you worked that day Eric?

19 A   The text messages and GPS records.

20 Q   I'm going back to Plaintiff's Exhibit 4, this is Bates

21 stamped Plaintiff 846.  Did you receive any text messages from

22 Mr. Scozzari on Friday, February 5th, 2021?

23 A   Yes.

24 Q   And what did Mr. Scozzari send to you?

25 A   "70004 Bel Air Ave," and then he said, "Hey, don't get the

1   trailer, I have got duals."

2   Q   What time did Mr. Scozzari send that text message to you on

3   Friday, February 5th?

4   A   1:39 p.m.

5   Q   I'm showing you the GPS records, Eric, for the 3500 work

6   truck.  Was the 3500 work truck turned on on Friday,

7   February 5th, 2021?

8   A   The 3500 was not turned on, no.

9   Q   I'm going to show you the GPS records for the 2500 work

10  truck, this is still Exhibit 3, Bates stamped at Scozzari 10.

11  Was the 2500 work truck turned on that day, Eric?

12  A   Yes, at 8:02 a.m.

13  Q   What time was the 2500 work truck turned off that day?

14  A   At 5:30 p.m.

15  Q   Was it exactly at 5:30?

16  A   5:26 p.m.

17  Q   Okay.  Eric, did you work from 8:02 a.m. to 5:26 p.m. that

18  day, on Friday, February 5th?

19  A   Yes.

20  Q   Do the GPS records for the 2500 show any of the time you

21  spent that morning loading or unloading equipment?

22  A   No, they do not.

23  Q   Eric, it took a lot of time to do what we just did, but

24  based on your review of these records, the text messages and

25  the GPS records, how many hours do you believe you worked that

1    week of February 1st, 2021 through February 5th, 2021?

2    A    Over 43 hours.

3    Q    How certain are you that you worked over 40 hours that week

4    based on the Defendant's GPS records and the text messages?

5    A    100 percent.

6    Q    Were you given any meal breaks that week?

7    A    No, I ate in the truck.

8    Q    When you said you ate in the truck, what do you mean by

9    that?

10   A    Well, I would just grab something on the go and eat in the

11   truck while I was on my way to the next job.

12   Q    What sort of places would you grab food from to eat in the

13   truck?

14   A    Burger King, gas stations, stuff like that, just fast food.

15   Q    Were you ever provided any policy from the Defendants that

16   gave you a full lunch break or meal break each day of the week

17   when you worked?

18   A    No.

19   Q    Were you required to be on call throughout the day, Eric?

20   A    Yes.

21   Q    Now, were there ever days where Mr. Scozzari would allow

22   you to go and grab lunch somewhere?

23   A    Yes.

24   Q    And do you recall that happening at all the week of

25   February 1st through February 5th?

1  A    No.

2  Q    Did you ever get in trouble or yelled at for having food in

3  the work truck?

4  A    Food wrappers and stuff, yes.

5  Q    So there was evidence of there being food wrappers in the

6  work truck that you drove.

7  A    Yes.

8  Q    Who would get mad at you?

9  A    Joe, he would tell me to go clean the trucks, which is

10 reasonable, but it was from me eating in the truck.

11 Q    On the times when you would have taken a break, were there

12 ever occasions when you were interrupted trying to take a meal

13 break?

14 A    Yes.

15 Q    What would happen when you were interrupted?

16 A    I would just grab my food to go and, you know, head to the

17 next job.

18 Q    Who was it that would interrupt your attempt to get lunch

19 or to take a break?

20 A    Either Joe or Julie.

21 Q    When you say Julie and Joe, who are you referring to?

22 A    Mr. and Mrs. Scozzari.

23 Q    Eric, in general, did you get to take a full meal break

24 each day, where you weren't required to continue performing

25 work?

1   A    No.

2   Q    Were you required -- or strike that.

3        Did you get to take an hour every single day to spend

4   as your own, to do whatever you wanted to do?

5   A    Absolutely not.

6   Q    Were you given 30 minutes every day to spend however you

7   wanted, to do whatever you wanted to do during that time?

8   A    No.

9   Q    Do you remember, Eric, getting paystubs from the Defendants

10  during your employment?

11  A    Yes.

12       MR. RICHARDS:  Judge, this is Plaintiff's Exhibit 5.

13       THE COURT:  All right.  Plaintiff's Exhibit 5 was

14  previously admitted without objection.

15  BY MR. RICHARDS:

16  Q    Eric, I'm showing you Plaintiff's Exhibit Number 5, and I'm

17  going to zoom out here so you can see the full thing.

18       Do you see at the top of this is Bates stamp Scozzari

19  382, do you see at the top where it says, "Service provided

20  for"?

21  A    Yes.

22  Q    And who was this pay stub service provided for?

23  A    Scozzari Roof Services.

24  Q    What is the address underneath that?

25  A    1401 Thornhill Lane.

1   Q    I'm going to zoom in here, Eric, on a certain part of this

2   paystub, start period and end period.  When was the start

3   period for this paystub?

4   A    February 1st, 2021.

5   Q    And the end period?

6   A    February 7th, 2021.

7   Q    So for the pay period and work week of February 1st, 2021

8   through February 7th, 2021, how many hours did the Defendants

9   pay you for?

10  A    Forty hours.

11  Q    And what was your hourly rate at that point?

12  A    Fifteen dollars an hour.

13  Q    You had testified earlier that when you were hired, you

14  were paid $13.50 an hour, is that right?

15  A    Yes.

16  Q    And at some point during your employment, did you receive a

17  raise?

18  A    Yes.

19  Q    Do you see anywhere on here, Eric, it mention anything

20  about overtime pay?

21  A    No.

22  Q    Do you see anything on this pay statement to show that you

23  received compensation for all of the hours you worked that

24  week?

25  A    No.

1  Q   Based on what you know, Eric, about that week, does this

2  paystub pay you properly for all of the time you worked the

3  week of February 1st, 2021 through February 7th of 2021?

4  A   No.

5  Q   The next Exhibit is Plaintiff's 7 and this is Bates stamped

6  Plaintiff 430400?

7          THE COURT:  Plaintiff's 7 was previously admitted

8  without objection.

9  BY MR. RICHARDS:

10 Q   Eric, did you have an opportunity to review your pay

11 statements that you got from the Defendants when you were

12 employed?

13 A   Yes.

14 Q   I'm going to run through a few of these, and I'm going to

15 ask you a few questions about them, okay?

16 A   Okay.

17 Q   Plaintiff's Bates stamp 430, what is the hourly rate on

18 that Eric?

19 A   13.50.

20 Q   And what was the start period on this pay statement?

21 A   August 17th, 2020.

22 Q   And how many hours does it say you were paid on this pay

23 statement?

24 A   Forty hours.

25 Q   Plaintiff's Bates stamp 429 on that same exhibit, what is

1    the hourly rate for this workweek, Eric?

2    A    13.50.

3    Q    How many hours does it say you were paid for?

4    A    Forty hours.

5    Q    Plaintiff's Bates stamp 428, same exhibit, what is the pay

6    rate on this exhibit, Eric?

7    A    13.50.

8    Q    How many hours does it say this was for?

9    A    Forty hours.

10   Q    And what was the start and end period on this one?

11   A    August 31st, 2020.

12   Q    How about Plaintiff's Bates stamp 427, Eric, what was your

13   hourly rate on this pay statement?

14   A    13.50.

15   Q    And how many hours does it say you were paid for in this

16   pay period?

17   A    Forty hours.

18   Q    Eric, were you paid 40 hours every week of your employment?

19   A    Yes.

20   Q    And were you paid at an hourly rate?

21   A    Yes.

22   Q    And did you ever get paid any overtime compensation when

23   you worked over 40 hours in a week?

24   A    No.

25   Q    So if the jury was to look through every single one of

1    these pages of pay statements, what are they going to see?

2    A    Forty hours at my hourly rate.

3    Q    Will the jury see any overtime wages paid at all during

4    your entire employment period?

5    A    Unfortunately not.

6    Q    When did you stop working for these Defendants?

7    A    May 3rd.

8    Q    What year?

9    A    2021.

10   Q    Can you at least -- can you please tell the jury why you

11   ultimately stopped working for them.

12   A    The stress of the job, and I just decided to go a different

13   route in my life.

14   Q    When you say you decided to go a different route, what do

15   you mean by that?

16   A    A different career path, I just didn't want to deal with

17   the constant yelling anymore.

18   Q    Constant yelling?

19   A    Yes.

20   Q    Who was yelling at you?

21   A    From Joe.

22   Q    Are you talking about Mr. Scozzari?

23   A    Mr. Scozzari, yes.

24   Q    And when would he yell at you?

25   A    Just when something wasn't going right or he would get mad,

1    you know, just yell.

2    Q    How often did that happen?

3    A    Quite often, and I just kind of got fed up with it, so I

4    decided I was going to do something else with my life.

5    Q    Are you now doing something else with your life?

6    A    Yes.

7    Q    Can you give some examples to the jury of the kinds of

8    things Mr. Scozzari would say to you?

9            MR. WANDNER:  Judge, I object as irrelevant.

10           THE COURT:  All right, sustained.

11   BY MR. RICHARDS:

12   Q    When you resigned, Eric -- well let me ask you, did you

13   resign or were you terminated?

14   A    I resigned.

15   Q    Okay.  And when you resigned, what was your hourly rate at

16   that point?

17   A    Sixteen dollars an hour.

18   Q    So you went from 13.50 an hour to $15 an hour, and then up

19   to $16 an hour?

20   A    Yes, correct.

21   Q    Do you recall which vehicle you drove on your last day of

22   employment on May 3rd, 2021?

23   A    The 2500.

24   Q    Can you walk the jury through a little bit of what happened

25   that day, starting with the morning.

1          THE COURT:  One moment.

2          Mr. Wandner.

3          MR. WANDNER:  I'm sorry, I thought he had gone

4    through this line of questioning with what truck he drove that

5    day, so I would object asked and answered, but the second half

6    of the question may not have been brought up.

7          THE COURT:  Thank you, overruled.  It is 5:18,

8    though, so please keep that in mind.

9          MR. RICHARDS:  Thank you, Judge.

10   BY MR. RICHARDS:

11   Q    Eric, the final day of your employment, May 3rd, 2021, can

12   you please walk the jury through what you did that day?

13   A    Yes.  In the morning, I went to the Scozzari's house at

14   1401 Thornhill Lane like I do -- like I did every morning, and

15   I grabbed the 2500 work truck.

16         I had to go to the shop in Vero, which is 4th Street

17   and US1, grab the metal machine, go back to the job we were

18   working on at the time, run the metal panels for the roof, to

19   which the metal machine wasn't working right.

20         Joe got upset, we got into it, and then I ultimately

21   decided to myself that I was going to resign, that I was tired

22   of have the constant yelling for stuff that wasn't my fault.

23   Q    What happened after -- you said you and Joe got into it,

24   did you resign right away then, or did something else happen?

25   A    No.  I took a metal machine back to the shop, went back to

1   the job, Julie told me to cool off, so I went and got lunch

2   with my mom, I talked to her a little bit, then my lunch got

3   interrupted.

4   Q   You say you talked to her, who did you talk to?

5   A   My mom.

6   Q   Okay, and this was at the lunch you went to with her?

7   A   Yes.

8   Q   And where -- do you remember where you went to lunch?

9   A   At the Sandwich Shack, which is in Sebastian, it is a

10   little eatery that, you know, they have sandwiches, soups and

11   stuff like that.

12   Q   Okay.  And did you actually get to have lunch with your

13   mother at the sandwich shop?

14   A   No.  My lunch got interrupted and she ultimately had to

15   take it to go for me.

16   Q   When you say she, your mother?

17   A   My mother, yes, Kelly Wilson.

18   Q   So you didn't get to eat lunch at all that day?

19   A   No.

20   Q   Who interrupted you?

21   A   Julie.

22   Q   What did she tell you to do?

23   A   She immediately told me to go and fix the metal magnet.

24   Q   Where did you go when you left the sandwich shop?

25   A   I went back to 1401 Thornhill Lane, where I resigned

1  instead of fixing the magnet.

2  Q    Now, can you explain to the jury a little bit your thought

3  process there?  Why did you go back to 1401 Thornhill Lane and

4  resign after Julie had asked you to go to another job?

5  A    Because I was just told to take a lunch, and then it got

6  interrupted, so I was a little mad about that, and I was

7  already heated from the altercation we got into before, and I

8  just decided it wasn't worth it.

9  Q    Was that the first time your lunch had been interrupted?

10 A    No.

11        THE COURT:  I think this will be a good time to take

12 a break.  Mr. Epsilantis you may return to counsel table, we

13 will resume your testimony tomorrow.

14   (PROCEEDINGS WERE HAD WHICH ARE NOT HEREIN TRANSCRIBED)

1      **C-E-R-T-I-F-I-C-A-T-E**

2              I hereby certify that the foregoing is

3         an accurate transcription and proceedings in the

4         above-entitled matter.

5
       *8/24/2022*                    */S/DIANE MILLER*
6       DATE                        DIANE MILLER, RMR, CRR, CRC
                                    Official Court Reporter
7                                   United States District Court
                                    101 South U.S. Highway 1
8                                   Fort Pierce, FL  34950
                                    772-467-2337
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. RICHARDS: [26]** 2/17 3/18 4/9 12/20 13/9 14/5 18/10 20/17 24/18 25/9 26/2 31/2 32/4 35/25 39/4 46/1 46/11 57/3 57/7 61/23 63/18 64/25 80/15 82/9 85/11 86/10

**MR. RICHARDS: [22]** 2/5 4/6 12/19 12/25 13/8 14/2 18/8 25/7 26/1 30/3 30/6 31/1 31/8 31/15 31/18 45/21 46/10 56/25 63/14 64/23 80/12 86/9

**MR. WANDNER: [11]** 3/16 24/14 31/12 31/22 31/24 32/2 35/23 38/25 61/21 85/9 86/3

**THE COURT: [40]** 2/3 2/6 2/10 3/17 4/8 13/3 13/25 14/4 18/7 18/9 20/15 24/17 25/5 25/8 25/24 30/4 30/8 30/14 30/20 30/24 31/13 31/16 31/21 31/23 31/25 32/3 35/24 39/2 45/24 46/9 57/5 61/22 63/16 64/22 80/13 82/7 85/10 86/1 86/7 88/11

**THE COURTROOM DEPUTY: [1]** 2/8

**$**

**$13.50 [1]** 81/14
**$15 [1]** 85/18
**$16 [1]** 85/19

**-**

**--yeah [1]** 53/5

**/**

**/S/DIANE [1]** 89/5

**1**

**1/2 [1]** 35/13
**10 [5]** 16/16 50/2 59/14 74/22 77/10
**10/19/2020 [1]** 17/1
**100 [1]** 1/18
**100 percent [1]** 78/5
**101 [3]** 1/23 16/13 89/7
**10th [3]** 1/14 33/1 56/18
**11 [1]** 50/5
**110 [1]** 15/22
**11:21 [2]** 63/21 65/8
**11:25 [1]** 48/14
**11:30 [1]** 65/17
**11:34 [1]** 37/4
**11th [1]** 33/6
**12 [2]** 49/8 50/8
**12450 [1]** 3/2
**12:04 [1]** 68/4
**12th [1]** 42/1
**13.50 [6]** 7/16 82/19 83/2 83/7 83/14 85/18
**133 [1]** 15/11
**13th [1]** 50/11
**14 [2]** 1/6 50/13
**1401 [27]** 5/8 7/19 15/7 16/5 17/11 20/6 20/22 21/15 23/11 24/8 24/10 24/11 37/23 44/12 58/14 58/25 59/6 59/8 59/19 59/22 60/16 72/19 75/14 80/25 86/14 87/25 88/3
**141 [1]** 14/21
**14th [3]** 33/15 42/1 51/4
**15 [6]** 5/10 26/21 30/9 50/16 59/15 60/12
**152 [2]** 13/11 14/3
**15th [2]** 1/16 42/1
**16 [2]** 31/19 50/19

**1607 [1]** 1/18
**16th [5]** 31/7 31/25 32/5 42/2 48/14
**17 [1]** 50/22
**17th [4]** 48/24 57/21 62/3 82/21
**18 [1]** 50/25
**1800 [1]** 1/14
**18th [1]** 32/17
**19 [1]** 51/5
**19th [1]** 36/5
**1:30 [2]** 65/4 65/16
**1:39 [1]** 77/4
**1:44 [1]** 56/18
**1st [20]** 49/4 49/23 62/17 62/18 62/20 63/9 63/21 64/14 64/20 65/3 65/19 65/21 66/2 66/6 67/3 78/1 78/25 81/4 81/7 82/3

**2**

**20 [2]** 51/8 58/14
**2020 [38]** 4/23 5/18 14/11 14/17 14/25 15/16 15/24 17/1 17/15 18/11 20/13 22/18 23/2 23/5 23/20 27/9 27/15 27/20 29/8 31/10 31/14 40/2 40/6 42/10 43/2 43/15 48/2 48/5 48/9 48/14 49/8 51/21 52/16 52/24 53/5 53/5 82/21 83/11
**2021 [57]** 29/18 31/7 31/10 31/14 31/19 32/5 32/17 33/1 33/6 33/16 33/22 34/24 36/5 37/2 37/16 49/23 51/4 54/8 55/13 55/17 55/25 56/18 57/10 57/13 62/18 62/21 63/21 64/19 64/20 65/3 66/2 66/6 66/16 68/9

68/18 68/20 71/12 71/14 72/24 74/6 74/23 75/13 75/17 76/15 76/22 77/7 78/1 78/1 81/4 81/6 81/7 81/8 82/3 82/3 84/9 85/22 86/11
**2022 [1]** 89/5
**2023 [1]** 1/6
**205 [1]** 1/14
**20th [3]** 14/25 17/15 27/8
**21 [1]** 51/11
**21-CV-14195-CAN NON [1]** 1/2
**2100 [1]** 1/16
**21st [2]** 52/16 64/19
**22 [1]** 51/16
**22nd [3]** 27/14 27/20 49/8
**23 [1]** 52/11
**2337 [2]** 1/24 89/8
**23rd [3]** 18/11 40/15 41/12
**24 [1]** 52/14
**24th [4]** 28/8 33/22 40/15 41/12
**25 [1]** 52/20
**2500 [45]** 7/24 16/16 34/9 34/11 34/12 34/15 45/12 46/14 46/18 48/1 48/5 48/8 51/22 55/16 56/2 64/16 65/12 65/14 65/15 66/3 66/13 67/13 68/10 68/13 68/14 68/15 71/22 71/23 72/1 72/10 72/11 72/21 74/3 74/5 74/21 74/22 75/13 76/13 76/14 77/9 77/11 77/13 77/20 85/23 86/15
**25th [3]** 40/15 41/12 49/4
**26 [1]** 52/23
**27 [3]** 15/16 52/25 65/25
**278 [1]** 29/1
**28 [3]** 25/17 37/2

53/3
**285 [1]** 28/7
**29 [1]** 53/6
**290 [1]** 27/19
**296 [1]** 27/14
**298 [1]** 27/8
**29th [1]** 37/16
**2:28 [2]** 73/15 75/6
**2:38 [1]** 76/2
**2:58 [1]** 14/14
**2inch [1]** 35/12
**2nd [10]** 49/23 53/5 66/16 66/16 67/12 68/2 68/8 68/11 68/18 68/20

**3**

**30 [3]** 3/4 53/9 80/6
**302 [1]** 26/3
**303 [1]** 25/15
**30th [4]** 20/13 29/8 34/23 52/24
**31 [1]** 53/12
**316 [1]** 24/19
**31st [1]** 83/11
**32 [1]** 53/15
**325 [1]** 23/12
**33 [1]** 53/17
**330 [1]** 23/1
**33132 [1]** 1/18
**333 [1]** 22/14
**33301 [1]** 1/16
**33316 [1]** 1/14
**34 [3]** 53/19 64/24 68/1
**344 [1]** 21/11
**345 [1]** 21/20
**349 [1]** 20/12
**34950 [2]** 1/24 89/8
**35 [1]** 53/21
**350 [1]** 19/25
**3500 [31]** 7/24 34/17 45/14 51/15 51/19 51/24 52/2 55/17 56/1 56/4 64/7 64/18 65/2 65/12 65/15 65/16 67/25 68/2 68/13 71/13 71/14 71/17 71/19 72/8 73/19

**3**

**3500...** [6]  73/20
73/22 73/25 77/5
77/6 77/8
**351** [1]  21/5
**353** [1]  19/3
**36** [1]  53/23
**361** [1]  18/6
**37** [1]  54/6
**38** [1]  54/9
**382** [1]  80/19
**39** [1]  54/18
**3:03** [3]  70/13
70/20 72/17
**3:17** [3]  74/24
75/15 75/16
**3:28** [2]  30/13
30/18
**3:30** [4]  21/22
22/6 25/24 30/5
**3:31** [2]  68/17
68/21
**3:41** [2]  31/7 32/5
**3:45** [2]  30/17
30/19
**3:47** [1]  30/23
**3:54** [1]  29/8
**3rd** [18]  42/10
51/21 55/11 55/11
55/24 57/10 57/13
69/4 69/11 70/10
70/13 70/19 71/12
71/14 72/24 84/7
85/22 86/11

**4**

**4 inch** [1]  35/14
**40** [19]  7/4 35/13
39/18 39/25 40/9
41/13 42/13 42/21
43/11 43/16 54/20
62/13 62/16 63/8
72/15 75/12 78/3
83/18 83/23
**41** [1]  54/23
**42** [1]  55/1
**427** [1]  83/12
**428** [1]  83/5
**429** [1]  82/25
**43** [2]  55/4 78/2
**430** [1]  82/17
**430400** [1]  82/6
**438** [1]  33/19

**44** [1]  55/7
**447** [1]  34/8
**45** [7]  7/4 39/10
39/16 61/6 62/6
72/15 75/12
**461** [1]  33/15
**467-2337** [1]  1/24
**47** [2]  17/13 62/8
**470** [1]  33/5
**473** [1]  33/1
**48** [1]  17/23
**487** [1]  70/13
**4:00** [3]  21/23
22/6 29/9
**4:02** [2]  19/21
23/20
**4:21** [1]  26/4
**4:29** [1]  67/3
**4:30** [1]  29/10
**4:40** [1]  33/2
**4:57** [4]  72/3
72/12 72/20 72/23
**4th** [13]  7/1 8/13
67/21 73/5 73/10
73/14 73/18 74/6
74/23 75/9 75/13
75/16 86/16

**5**

**5-0** [1]  16/23
**50** [5]  16/23 39/10
39/16 61/7 62/6
**513** [2]  63/15 65/6
**517** [1]  32/16
**518** [2]  31/4 32/8
**519** [2]  31/4 31/5
**531** [1]  29/17
**539** [1]  37/16
**544** [1]  36/5
**545** [1]  36/25
**547** [1]  36/8
**548** [1]  34/23
**560** [2]  56/6 56/7
**581** [2]  57/4 57/9
**5:05** [1]  27/20
**5:07** [1]  17/25
**5:16** [2]  33/22
34/5
**5:17** [1]  36/6
**5:18** [1]  86/7
**5:26** [4]  66/4 66/5
77/16 77/17
**5:30** [9]  9/10 9/11

18/2 18/25 19/1
22/10 75/23 77/14
77/15
**5:30 p.m** [1]
39/13
**5:57** [1]  20/25
**5th** [10]  14/7
14/11 54/8 76/15
76/22 77/3 77/7
77/18 78/1 78/25

**6**

**63** [1]  74/15
**6:04** [1]  36/24
**6:08** [2]  20/9
20/10
**6:14** [1]  37/7
**6:19** [1]  14/25
**6:21** [1]  27/9
**6:24** [2]  15/16
15/19
**6:30** [2]  67/5
67/17
**6:40** [1]  25/14
**6:42** [3]  25/1
29/18 29/23
**6:53** [3]  67/14
68/18 68/20
**6:57** [1]  20/14
**6th** [3]  1/16 14/17
41/19

**7**

**70004** [1]  76/25
**72** [1]  74/15
**772** [1]  1/24
**772-467-2337** [1]
89/8
**7:00** [3]  20/2 20/5
21/9
**7:02** [2]  64/17
66/5
**7:14** [2]  16/1 16/3
**7:18** [2]  26/17
27/4
**7:20** [1]  17/10
**7:20 a.m** [1]  17/2
**7:23** [1]  27/15
**7:24** [2]  18/11
18/18
**7:26** [2]  23/7
32/18
**7:27** [1]  21/16

**7:28** [1]  22/16
**7:30** [16]  5/5 8/5
9/5 12/2 13/15
14/15 15/4 17/16
23/4 27/13 28/23
33/4 33/7 33/18
39/12 67/5
**7:32** [1]  69/11
**7:35** [1]  27/7
**7:38** [1]  28/10
**7:38 p.m** [1]
28/20
**7:42** [1]  72/23
**7:46** [1]  71/25
**7th** [5]  22/18
41/19 81/6 81/8
82/3

**8**

**8/24/2022** [1]  89/5
**845** [4]  66/22
69/10 73/9 75/2
**846** [2]  74/8 76/21
**8:00** [1]  20/3
**8:02** [2]  77/12
77/17
**8:45** [1]  37/17
**8th** [1]  23/5

**9**

**9/7/2020** [1]  15/24
**9/8** [1]  16/1
**91st** [1]  3/2
**99** [1]  1/7
**9:10** [2]  74/7
75/16
**9:30** [1]  58/6
**9th** [2]  43/2 43/7

**A**

**a.m** [22]  15/1 16/1
17/2 20/14 22/16
23/7 26/17 32/18
33/4 33/7 37/4
39/12 63/21 64/17
65/8 67/14 68/20
71/25 74/7 75/16
77/12 77/17
**ability** [1]  38/10
**above** [1]  89/4
**above-entitled** [1]
89/4
**absence** [1]  43/7

**absolutely** [3]
14/9 39/17 80/5
**accident** [7]
57/22 57/25 58/5
58/8 58/16 61/7
62/2
**accordingly** [1]
10/8
**account** [1]  73/1
**accountable** [1]
11/7
**addition** [1]  11/8
**address** [11]  15/8
27/21 27/23 28/1
32/22 32/24 46/16
46/16 48/20 56/19
80/24
**addresses** [1]
32/23
**adjust** [1]  2/13
**adjustment** [1]
60/6
**admitted** [5]  13/5
45/24 63/17 80/14
82/7
**afternoon** [3]
25/25 30/10 65/17
**AILEEN** [1]  1/11
**air** [6]  8/23 8/25
9/2 9/3 9/3 76/25
**Allied** [3]  29/1
29/3 29/9
**Allotrope** [1]  34/1
**allow** [1]  78/21
**almost** [5]  3/9
30/5 34/2 34/3
58/22
**altercation** [1]
88/7
**angle** [2]  44/18
44/25
**angled** [1]  44/25
**answer** [6]  6/24
14/25 33/25 35/5
39/3 61/24
**answers** [2]
24/15 35/5
**anymore** [1]
84/17
**APPEARANCES**
[1]  1/12
**appointment** [8]
58/23 59/1 59/9

EPSILANTIS vs. SCOZZARI ROOF    Document 188    Entered on FLSD Docket 08/24/2023    Page 92 of 99

Page 92

Case 2:21-cv-14195-AMC

## A

appointment... [5]
59/14 59/17
59/18 60/1 60/2
appointments [2]
59/10 60/3
April 14th [1]
51/4
April 19th [1]
36/5
April 28 [1] 37/2
April 29th [1]
37/16
Arbor [3] 26/5
26/12 28/14
Ardis [1] 35/14
Arego [2] 53/24
54/2
arrive [10] 12/2
20/6 21/13 21/14
22/15 32/17 33/6
33/16 45/1 47/23
arrived [7] 9/24
10/2 10/12 10/15
21/13 23/24 27/5
assisted [1] 6/21
ate [2] 78/7 78/8
attempt [1] 79/18
attend [1] 23/16
attending [1] 3/23
audio [1] 2/14
August 17th [1]
82/21
August 20th [1]
14/25
August 27 [1]
15/16
August 31st [1]
83/11
August 3rd [1]
51/21
August 5th [2]
14/7 14/11
August 6th [1]
14/17
autoimmune [4]
40/25 41/3 41/4
41/6
Ave [1] 76/25
Avenue [1] 1/14
average [11]
12/15 38/22 39/1

39/8 39/12 59/9
59/20 60/23 61/6
61/19 62/4
award [2] 39/24
42/7

## B

Barber [4] 20/19
20/20 20/23 21/17
basis [2] 7/11
7/12
Bates [109]
battery [1] 63/23
Beach [4] 7/2
58/11 58/12 70/8
Bel [1] 76/25
below [1] 37/5
bending [1] 6/22
Biscayne [1] 1/18
bitching [3] 35/7
35/22 36/3
blue [5] 4/5 5/16
13/18 13/20 13/20
BLUMSTEIN [1]
1/15
blurry [1] 73/11
boat [1] 54/13
body [1] 41/8
boot [1] 35/14
borrow [1] 63/23
boss [10] 13/16
15/1 15/17 16/1
20/1 21/21 26/17
29/12 32/10 66/23
bottom [4] 24/20
31/6 52/19 52/24
Boulevard [1]
1/18
brief [2] 30/3
56/25
brown [1] 29/19
bucks [1] 25/17
bundles [1] 28/14
Burger [1] 78/14

## C

C-E-R-T-I-F-I-C-A-
T-E [1] 88/15
calculating [1]
59/12
calendar [3] 31/9
31/14 31/24
camera [1] 44/24

cameras [3]
44/13 44/18 44/20
CANNON [2] 1/2
1/11
capping [4] 16/2
16/6 16/8 16/8
caps [3] 70/21
71/6 72/18
car [5] 27/22
44/23 47/20 57/22
72/19
career [1] 84/16
carefully [1] 64/9
cars [1] 37/10
caulking [1] 8/18
37/19
center [2] 3/7
3/14
certify [1] 89/2
chance [3] 4/18
45/3 46/2
chiro [1] 60/2
chiropractor [24]
10/25 10/25 58/4
58/7 58/16 58/17
58/21 58/23 59/1
59/8 59/10 59/21
60/1 60/4 60/9
60/18 60/21 61/1
61/8 61/13 61/14
61/18 62/2 62/6
Christmas [7]
27/18 28/9 28/19
28/23 43/12 43/13
43/15
clean [1] 79/9
clear [5] 24/2
34/20 37/19 39/15
44/25
clocking [2] 6/6
6/6
close [1] 37/9
closer [1] 2/22
closes [1] 29/9
code [2] 3/13
32/22
Coggins [1]
54/13
collection [2]
55/21 55/24
College [1] 3/20
column [1] 46/15
comcast.net [1]

56/20
commonly [2]
29/3 40/4
company [2] 4/24
8/1
compare [1]
68/11
compensation [2]
81/23 83/22
complete [2]
12/13 30/5
comply [1] 30/1
composite [1]
56/24
compressor [3]
8/23 8/25 9/3
computer [1]
67/24
conferred [1]
31/10
consistent [1]
72/21
constant [3]
84/17 84/18 86/22
CONSULTING [2]
1/7 4/25
CONTRACTING
[2] 1/7 4/25
cool [1] 87/1
corrected [1]
34/1
Counsel's [1]
9/13
count [1] 26/13
COURT [8] 1/1
1/22 1/23 31/9
31/19 32/9 89/6
89/7
courthouse [1]
2/20
courtroom [3] 4/4
5/15 30/13
cover [1] 16/10
cows [1] 29/16
CRC [2] 1/22 89/6
crew [4] 11/11
11/15 19/8 67/7
crew's [1] 8/23
CRR [2] 1/22 89/6
curve [1] 26/9
customary [1]
38/6
customer's [1]

56/21
cutoff [1] 13/17
CV [1] 1/2

## D

Daily [1] 10/21
dealer [1] 21/22
dealership [2]
22/7 54/1
December 1st [1]
49/4
December 20th
[1] 27/8
December 22nd
[3] 27/14 27/20
49/8
December 24th
[1] 28/8
December 2nd [1]
53/5
December 30th
[1] 29/8
December 7 [1]
23/2
December 7th [1]
22/18
December 8 [1]
23/20
December 8th [1]
23/5
December 9th [2]
43/2 43/7
decided [5] 84/12
84/14 85/4 86/21
88/8
DEFENDANT [7]
1/8 1/17 4/7 8/8
38/16 57/23 66/25
Defendant's [1]
78/4
Defendants [24]
7/9 7/11 7/14 9/15
11/4 12/4 12/12
29/4 36/10 37/18
38/24 39/9 43/19
44/3 44/7 44/10
61/20 62/4 63/12
78/15 80/9 81/8
82/11 84/6
deliver [2] 17/5
70/5
depended [1]
61/5

**D**

depending [4]  7/4
16/19 61/3 72/15
depends [1]
12/10
devices [1]  45/19
diane [4]  1/22
1/25 89/5 89/6
diary [1]  43/18
diesel [2]  34/15
34/16
direct [7]  2/16
31/6 37/1 47/25
56/23 56/24 57/20
disease [4]  41/1
41/3 41/4 41/7
DISTRICT [5]  1/1
1/1 1/11 1/23 89/7
DIVISION [1]  1/2
document [17]
19/24 46/13 46/18
51/20 52/15 52/18
53/24 54/2 54/7
54/18 54/21 54/24
55/2 55/5 55/8
57/11 64/20
documents [3]
12/21 39/7 56/24
Dodge [10]  7/24
7/24 34/18 45/12
45/14 48/2 48/5
48/8 51/15 51/23
dollar [1]  34/9
dollars [2]  81/12
85/17
Dr [1]  58/10
drip [2]  33/12
33/14
driver [2]  6/12
70/3
driveway [1]
44/21
drop [1]  24/12
drove [8]  6/19
47/14 47/17 52/5
52/8 79/6 85/21
86/4
dry [1]  26/8
dryer [1]  29/22
duals [1]  77/1
dump [1]  17/4
dumpster [1]

17/19
duties [4]  3/10
6/11 6/13 11/9

**E**

e-mail [4]  44/5
56/9 56/9 56/19
early [2]  21/8
21/24
east [1]  5/10
eat [3]  78/10
78/12 87/18
eatery [1]  87/10
eating [1]  79/10
edge [1]  33/14
electrical [1]
35/14
electronic [2]
13/1 64/10
employee [2]
43/25 70/2
employer [1]  4/3
employment [17]
4/14 6/13 9/6
10/24 12/12 38/16
39/19 45/16 55/10
61/15 71/8 80/10
81/16 83/18 84/4
85/22 86/11
enrolled [1]  3/19
entitled [1]  89/4
entries [1]  49/2
EPSILANTIS [8]
1/3 2/5 2/6 2/9
2/10 30/15 30/21
88/12
equipment [10]
8/15 8/16 11/8
16/12 37/24 47/8
47/12 66/8 75/20
77/21
ERIC [136]
errands [1]  19/13
ESQ [3]  1/13 1/15
1/17
estimate [5]
23/12 23/23 23/25
24/6 24/9
estimates [3]
16/17 23/16 24/3
estimation [1]
23/14
Eve [4]  28/9 28/19

28/23 43/13
evening [5]  9/9
9/11 18/19 29/23
34/5
evenings [1]
75/23
evidence [5]
12/23 13/5 62/12
64/12 79/5
EXAMINATION [1]
2/16
examples [2]
11/14 85/7
Excellent [1]  30/8
exception [1]
39/13
EXCERPT [1]
1/10
exchange [3]
21/7 38/19 63/11
exchanged [1]
68/12
excuse [4]  25/5
65/6 74/4 75/1
Exhibit 1 [1]  36/5
Exhibit 2 [9]  26/3
27/19 29/1 29/17
33/5 33/19 34/8
34/23 36/25
Exhibit 3 [3]
45/22 48/1 64/8
experience [1]
6/1
expert [1]  56/8
export [2]  56/8
56/16

**F**

facing [2]  44/21
44/22
fact [1]  72/8
farm [1]  29/16
fast [2]  36/22
78/14
fault [1]  86/22
February 10th [1]
33/1
February 11th [1]
33/6
February 14th [1]
33/15
February 17th [2]
57/21 62/3

February 1st [19]
49/23 62/17 62/18
62/20 63/9 63/21
64/14 64/20 65/3
65/19 65/21 66/2
66/6 67/3 78/1
78/25 81/4 81/7
82/3
February 21st [1]
64/19
February 2nd [9]
49/23 66/16 66/16
67/12 68/2 68/8
68/11 68/18 68/20
February 3rd [7]
69/4 69/11 70/10
70/13 70/19 71/14
72/24
February 4th [7]
73/5 73/10 73/14
74/6 74/23 75/13
75/16
February 5th [7]
76/15 76/22 77/3
77/7 77/18 78/1
78/25
February 7th [3]
81/6 81/8 82/3
fed [1]  85/3
feed [1]  29/16
Fellsmere [2]  3/2
3/3
Fifteen [1]  81/12
final [3]  30/10
38/2 86/11
finish [1]  10/25
finished [1]  60/13
finishing [2]
15/20 20/11
fit [1]  8/19
fix [1]  87/23
fixing [1]  88/1
FL [2]  1/24 89/8
flareup [1]  41/1
Floor [1]  1/16
FLORIDA [9]  1/1
1/5 1/14 1/16 1/18
3/2 3/7 5/10 7/2
flsd.uscourts.gov
[1]  1/25
focus [5]  39/21
40/14 45/6 48/12
57/18

focusing [3]  40/2
41/18 43/2
food [6]  78/12
78/14 79/2 79/4
79/5 79/16
foot [2]  16/16
35/13
footage [1]  45/4
foregoing [1]
89/2
forgot [2]  27/10
28/14
former [2]  4/3 4/3
FORT [6]  1/2 1/5
1/14 1/16 1/24
89/8
Forty [7]  62/8
81/10 82/24 83/4
83/9 83/17 84/2
Forty-three [1]
62/8
forwarded [2]
56/10 56/19
free [1]  60/7
frequently [2]
10/20 26/25
Friday [8]  40/16
43/16 63/6 76/15
76/22 77/3 77/6
77/18
friend [1]  4/3
front [1]  36/17

**G**

G-E-R-R-Y [1]
33/10
gables [1]  37/10
garage [1]  44/21
gas [2]  8/23 78/14
gate [1]  32/22
general [1]  79/23
gentleman [2]
70/17 70/25
gentlemen [3]
2/12 13/4 30/9
Gerry [1]  33/10
gooseneck [3]
26/6 29/20 29/21
goosenecks [2]
26/5 35/14
GPS [50]  45/19
46/2 46/7 46/25
47/3 47/11 47/14

EPSILANTIS vs. SCOZZARI ROOF   Case 2:21-cv-14195-AMC   Document 188   Entered on FLSD Docket 08/24/2023   Page 94 of 99

Page 94

**G**

**GPS... [43]** 47/17 47/22 48/4 51/14 51/19 51/24 52/2 52/5 52/8 55/16 55/17 55/21 57/16 62/14 63/10 64/7 64/12 64/16 64/18 64/23 65/11 66/10 66/13 66/20 67/11 67/25 68/11 68/24 69/1 69/8 69/21 71/12 71/22 73/8 73/19 74/3 74/21 76/19 77/5 77/9 77/20 77/25 78/4
**grab [13]** 11/6 27/17 29/19 58/25 59/7 60/16 60/17 67/24 78/10 78/12 78/22 79/16 86/17
**grabbed [1]** 86/15
**grandma [2]** 29/14 29/16
**Griffin [1]** 58/9
**Griffin's [1]** 58/10
**guns [2]** 9/2 9/3
**gutter [1]** 35/13

**H**

**handwritten [2]** 65/21 65/22
**hearing [1]** 2/13
**heart [2]** 3/6 3/12
**heated [1]** 88/7
**hereby [1]** 89/2
**Hi [1]** 2/18
**Highway [2]** 1/23 89/7
**hip [1]** 29/12
**hired [4]** 7/9 7/10 8/1 81/13
**history [2]** 56/8 56/16
**holder [1]** 36/15
**Holmes [1]** 3/6
**home [6]** 17/24 18/3 26/19 27/6 34/15 36/18
**Honor [5]** 13/8 18/8 30/3 46/10 57/1
**HONORABLE [1]**

1/11

**hour [11]** 7/16 59/11 59/12 60/20 80/3 81/12 81/14 85/17 85/18 85/18 85/19
**hourly [9]** 7/11 7/13 81/11 82/17 83/1 83/13 83/20 84/2 85/15
**hours [50]** 3/15 7/6 38/23 39/8 39/10 39/16 39/18 39/25 40/9 41/13 42/13 42/21 43/11 43/16 43/18 44/1 44/2 44/7 44/10 61/7 61/8 61/10 61/11 61/19 62/1 62/3 62/5 62/8 62/13 62/16 63/8 66/12 69/1 77/25 78/2 78/3 81/8 81/10 81/23 82/22 82/24 83/3 83/4 83/8 83/9 83/15 83/17 83/18 83/23 84/2
**house [11]** 5/8 5/10 7/19 8/17 8/18 8/22 19/9 23/4 23/22 29/2 86/13
**Hum [2]** 56/13 56/16
**hurt [1]** 29/12

**I**

**ignition [1]** 47/6
**imagine [1]** 24/13
**imagined [1]** 24/15
**immediately [3]** 22/19 58/22 87/23
**INC [1]** 1/7
**inch [6]** 26/5 26/5 26/10 26/10 35/12 35/14
**Indian [1]** 3/20
**individual [1]** 46/19
**industry [2]** 6/1 26/7

**information [1]** 54/9
**infrequently [1]** 26/25
**initiated [1]** 47/5
**injured [1]** 57/25
**inquiry [1]** 30/5
**installing [1]** 38/11
**instead [1]** 88/1
**instruct [2]** 11/24 33/2
**instructed [1]** 9/21
**instructing [1]** 25/4
**instruction [1]** 29/25
**instructions [4]** 7/17 8/6 74/18 76/6
**intending [1]** 22/9
**interrupt [1]** 79/18
**interrupted [7]** 79/12 79/15 87/3 87/14 87/20 88/6 88/9
**interview [1]** 4/15
**Invalid [1]** 48/19
**irrelevant [1]** 85/9
**IRX [1]** 74/15
**issues [2]** 41/2 41/23
**items [1]** 8/21

**J**

**JAKE [1]** 1/15
**January 16 [1]** 31/19
**January 16th [2]** 31/7 32/5
**January 18th [1]** 32/17
**January 6 [1]** 29/18
**JASON [1]** 1/17
**Jeep [1]** 36/7
**jerk [1]** 29/9
**Jimbo [9]** 14/23 69/21 69/24 70/15 70/16 70/19 71/1 72/4 72/13

**job [47]** 5/18 8/14 10/23 11/2 11/9 11/10 12/11 12/12 12/13 12/16 17/22 17/22 21/17 26/13 27/17 27/25 32/7 32/10 32/14 32/15 32/21 33/11 34/1 34/3 34/3 34/4 35/15 35/20 59/3 59/4 59/5 59/17 59/22 59/25 60/15 64/5 65/10 65/17 70/22 71/6 71/9 78/11 79/17 84/12 86/17 87/1 88/4
**jobs [4]** 11/5 11/23 12/14 70/5
**Joe [44]** 5/25 9/18 9/21 9/25 10/2 10/5 10/9 11/22 11/24 13/13 15/14 16/7 20/21 23/4 23/17 23/20 23/25 25/4 25/10 27/21 27/23 28/1 29/9 29/19 29/25 35/4 37/15 38/18 57/22 57/23 63/20 63/25 66/23 66/24 67/7 68/5 69/8 70/2 79/9 79/20 79/21 84/21 86/20 86/23
**Joe's [3]** 19/9 20/22 73/18
**joke [3]** 28/21 28/22 28/24
**JORDAN [2]** 1/13 1/13
**Joseph [7]** 3/25 4/2 4/4 4/10 52/8 56/11 56/22
**JUDGE [21]** 1/11 2/5 12/19 12/25 24/14 25/7 26/1 30/7 31/1 31/8 31/12 31/18 31/22 32/2 38/25 45/21 63/14 64/23 80/12 85/9 86/9
**judicial [5]** 31/9 31/13 31/16 31/19 32/3

**Julie [11]** 5/14 5/15 35/1 35/2 37/15 56/20 79/20 79/21 87/1 87/21 88/4
**jurors [1]** 2/23
**jury [52]** 1/10 3/1 3/10 6/16 6/25 8/9 13/1 13/7 13/11 14/20 14/22 15/13 15/23 16/6 17/7 19/4 22/23 29/21 30/12 30/13 30/22 30/23 32/20 34/20 38/10 39/15 39/24 40/19 42/6 45/9 45/23 46/12 52/17 56/7 58/24 59/13 59/16 60/3 61/6 62/12 62/16 63/19 70/7 70/17 75/10 83/25 84/3 84/10 85/7 85/24 86/12 88/2

**K**

**Kaiser [9]** 69/23 69/24 70/1 70/16 70/19 71/2 71/4 71/7 72/4
**Kelly [1]** 87/17
**key [1]** 36/15
**keys [4]** 27/17 36/12 36/20 47/20
**kidney [1]** 41/2
**kinds [2]** 71/7 85/7
**King [1]** 78/14
**knock [1]** 15/1
**knows [1]** 59/13

**L**

**Labor [3]** 40/5 40/6 40/8
**ladder [3]** 16/14 16/16 16/21
**ladders [2]** 16/18 16/21
**ladies [3]** 2/12 13/4 30/9
**Lane [27]** 5/8 7/19 15/7 16/5 17/11 20/6 21/15

## L

**Lane... [20]** 23/11 24/8 24/10 24/11 37/23 44/13 58/15 58/25 59/6 59/9 59/19 59/22 60/16 72/2 72/19 75/14 80/25 86/14 87/25 88/3
**larger [1]** 8/21
**late [5]** 26/22 27/2 27/4 29/14 29/15
**latest [1]** 27/7
**Lauderdale [2]** 1/14 1/16
**Laugh [1]** 28/18
**leading [1]** 25/6
**leads [2]** 26/10 26/12
**LEE [1]** 1/13
**letter [1]** 44/6
**letting [1]** 73/12
**life [3]** 84/13 85/4 85/5
**light [5]** 31/18 42/12 43/7 61/17 62/1
**lights [1]** 27/18
**lines [1]** 48/13
**lion [4]** 36/12 36/14 36/16 36/20
**list [2]** 17/4 17/4
**listen [1]** 76/4
**load [11]** 8/11 8/16 8/21 8/25 10/6 16/18 17/19 47/8 66/7 67/18 67/21
**loaded [1]** 8/12
**loading [7]** 8/15 16/11 47/12 68/25 73/1 75/19 77/21
**LOL [2]** 28/16 28/19
**loosen [1]** 60/5
**loud [1]** 28/18
**lunch [12]** 78/16 78/22 79/18 87/1 87/2 87/6 87/8 87/12 87/14 87/18 88/5 88/9

## M

**ma [2]** 29/12 29/13
**machine [11]** 6/22 20/2 21/17 60/5 67/4 67/8 67/18 67/24 86/17 86/19 86/25
**mad [3]** 79/8 84/25 88/6
**magnet [2]** 87/23 88/1
**mail [4]** 44/5 56/9 56/9 56/19
**main [2]** 20/21 67/9
**mainly [1]** 70/5
**man [1]** 66/23
**management [1]** 5/21
**manufacturing [1]** 7/1
**March 30th [1]** 34/23
**March 5th [1]** 54/8
**married [1]** 5/11
**mast [1]** 35/14
**materials [17]** 8/12 8/16 11/1 11/9 17/17 25/20 29/7 35/19 37/9 37/24 59/3 59/5 60/16 60/17 68/25 71/10 72/6
**matter [1]** 89/4
**MATTHEW [1]** 1/17
**May 10th [1]** 56/18
**May 3rd [7]** 55/11 55/17 55/24 57/10 57/13 85/22 86/11
**meal [4]** 78/6 78/16 79/12 79/23
**medical [9]** 3/6 3/14 40/20 40/21 40/23 41/22 41/23 42/5 58/2
**Melbourne [2]** 3/7 22/8
**message [64]**
9/19 10/3 11/4 13/12 13/13 14/10 14/12 14/15 14/22 15/12 16/3 16/13 16/24 17/10 19/5 19/19 19/25 20/7 21/3 21/6 21/7 21/12 21/20 22/3 23/6 24/20 24/23 25/10 26/16 27/15 28/5 28/10 32/9 32/12 32/19 33/20 33/20 34/8 35/16 36/6 37/2 37/2 37/5 37/6 37/8 37/12 37/14 37/17 38/2 38/4 38/9 44/5 56/10 63/20 64/2 64/4 65/7 67/2 71/4 72/4 73/13 74/11 74/25 77/2
**messaged [1]** 17/15
**messages [33]** 9/18 12/4 13/18 13/19 13/20 13/21 13/23 13/23 14/9 15/18 34/24 35/3 36/10 38/6 38/15 38/15 38/19 38/22 62/14 63/10 63/11 66/20 68/5 68/12 69/8 69/21 71/7 73/8 74/9 76/19 76/21 77/24 78/4
**metal [17]** 6/21 6/22 6/22 6/22 7/1 18/17 38/11 67/9 67/10 70/4 70/5 70/6 86/17 86/18 86/19 86/25 87/23
**Miami [1]** 1/18
**microphone [2]** 2/11 2/22
**middle [2]** 16/24 37/1
**miller [4]** 1/22 1/25 89/5 89/6
**minus [1]** 62/6
**miss [4]** 40/21 61/5 61/12 62/5
**mom [2]** 87/2

87/5
**moment [6]** 13/3 30/3 56/25 57/16 64/6 86/1
**Monday [8]** 40/3 40/8 55/15 55/17 62/19 62/23 66/6 67/2
**monitor [3]** 3/6 13/2 64/10
**monitors [1]** 3/12
**month [3]** 4/21 4/22 57/18
**mornings [4]** 12/2 26/22 37/25 47/9
**mother [3]** 87/13 87/16 87/17
**Mr [11]** 2/4 4/24 8/3 13/7 13/25 25/6 25/24 30/4 30/25 68/12 74/18
**Mr. [91]**
**Mr. and [1]** 79/22
**Mr. Epsilantis [5]** 2/6 2/10 30/15 30/21 88/12
**Mr. Kaiser [6]** 69/23 69/24 70/1 71/2 71/4 71/7
**Mr. Scozzari [74]** 4/22 5/1 5/6 5/11 5/17 5/23 5/25 6/2 6/4 6/5 6/8 6/12 6/18 7/5 7/17 7/25 8/6 10/9 13/19 14/13 16/14 17/3 17/6 17/14 17/23 18/12 19/17 19/20 20/4 20/8 20/13 21/6 21/16 21/25 22/5 22/9 22/19 23/6 24/3 24/12 26/23 27/9 27/12 28/11 28/13 28/19 32/6 32/12 32/23 33/2 33/8 33/12 33/16 33/21 34/10 42/18 47/17 47/21 57/24 64/2 67/15 69/10 74/13 74/16 74/25 75/7 76/1 76/22 76/24 77/2

78/21 84/22 84/23 85/8
**Mr. Scozzari's [1]** 13/20
**Mr. Wandner [4]** 31/10 31/21 31/23 86/2
**Mrs [1]** 35/21
**Mrs. [4]** 35/9 35/16 36/2 79/22
**Mrs. Scozzari [4]** 35/9 35/16 36/2 79/22
**MTS [1]** 74/15
**multiple [1]** 12/17
**muscle [1]** 41/7
**muscles [1]** 60/5

## N

**nail [1]** 9/2
**neat [1]** 37/10
**necessary [2]** 43/23 43/24
**nervous [1]** 2/19
**Nineteen [1]** 4/20
**none [1]** 6/3
**north [1]** 3/4
**nose [1]** 69/12
**notebook [1]** 43/18
**notice [5]** 31/9 31/13 31/16 31/19 32/3
**notify [2]** 26/23 27/2
**November 16th [1]** 48/14
**November 17th [1]** 48/24
**November 23rd [1]** 18/11
**November 25th [1]** 49/4
**November 30th [1]** 20/13
**November 3rd [1]** 42/10
**null [46]** 48/17 48/21 48/22 49/2 49/6 49/10 49/13 49/16 49/18 49/22 49/25 50/2 50/5 50/9 50/11 50/13

Page 96

EPSILANTIS vs. SCOZZARI ROOF    Case 2:21-cv-14195-AMC    Document 188    Entered on FLSD Docket 08/24/2023    Page 96 of 99

**N**

**null... [30]**  50/17
50/20 50/22 50/1
51/3 51/6 51/8
51/11 51/17 52/12
52/15 52/20 52/23
52/25 53/4 53/6
53/9 53/12 53/15
53/17 53/19 53/21
54/7 54/16 54/18
54/20 54/23 55/1
55/4 55/7
**number [18]**  3/14
20/16 31/3 39/8
45/22 49/6 49/12
54/6 57/8 61/8
61/19 62/3 65/21
65/22 65/25 67/11
67/12 80/16

**O**

**o'clock [1]**  20/6
**object [4]**  24/14
38/25 85/9 86/5
**objection [13]**
3/16 13/6 31/11
31/12 31/21 31/23
32/2 35/23 45/25
61/21 63/17 80/14
82/8
**obligation [1]**
43/25
**observation [1]**
44/24
**occasion [2]**
10/11 70/4
**occasions [4]**
18/25 66/8 75/24
79/12
**October 12th [1]**
42/1
**October 20th [1]**
17/15
**October 30th [1]**
52/24
**October 6th [1]**
41/19
**office [3]**  58/10
58/14 60/11
**Official [2]**  1/22
89/6
**older [1]**  4/17
**opening [1]**  9/13

**operable [1]**  9/3
**operate [1]**  48/1
**operated [1]**
71/16
**opportunity [3]**
44/17 48/7 82/10
**opposed [1]**
60/25
**opposing [1]**  9/13
**order [1]**  47/4
**overruled [4]**
24/17 39/2 61/22
86/7
**overslept [1]**
26/17
**overtime [10]**
39/24 40/11 41/16
42/7 42/15 42/24
43/8 81/20 83/22
84/3
**owns [1]**  29/16

**P**

**P-R-O-C-E-E-D-I-**
**N-G-S [1]**  2/1
**p.m [53]**  14/14
15/16 15/19 17/25
18/2 18/11 19/21
20/9 20/10 23/20
25/1 25/14 26/4
27/9 27/20 28/10
28/20 29/8 29/18
30/13 30/18 30/19
30/23 31/7 32/5
33/2 33/22 34/5
36/6 36/24 37/7
39/13 56/18 65/4
66/4 66/5 67/3
68/4 68/17 68/21
70/13 70/20 72/12
72/17 72/23 73/15
75/6 75/15 75/16
77/4 77/14 77/16
77/17
**PA [1]**  1/15
**page [59]**  13/10
13/25 14/2 14/18
15/10 15/10 15/22
16/12 16/14 16/23
16/25 17/12 17/23
19/3 20/12 20/19
21/3 21/10 24/20
31/6 34/9 34/24

37/1 38/2 46/7
48/11 48/23 48/25
49/2 49/5 49/7
49/9 49/10 49/13
49/16 49/19 49/22
49/25 50/3 50/6
50/9 50/11 50/14
50/17 50/20 50/23
51/1 51/3 51/6
51/9 51/12 51/17
51/24 52/19 52/21
52/23 54/10 54/16
65/5
**pages [4]**  1/7
30/6 53/1 84/1
**panels [4]**  20/3
21/8 67/9 86/18
**park [1]**  44/23
**Parker [2]**  70/22
71/6
**part [3]**  33/14
67/10 81/1
**path [1]**  84/16
**pay [16]**  7/11 7/14
42/15 80/22 81/7
81/9 81/20 81/22
82/2 82/10 82/20
82/22 83/5 83/13
83/16 84/1
**paystub [3]**  81/2
81/3 82/2
**paystubs [1]**  80/9
**people's [1]**  3/12
**period [11]**  40/23
62/9 81/2 81/2
81/3 81/5 81/7
82/20 83/10 83/16
84/4
**permission [2]**
21/25 22/12
**person [4]**  5/1 5/7
7/8 37/21
**personal [8]**
10/14 11/2 24/6
59/1 59/2 59/4
60/14 60/15
**phone [10]**  4/12
4/15 4/15 5/4 5/23
5/24 6/5 6/8 9/19
10/3
**phonetic [1]**
53/24
**photo [5]**  38/4

70/25 73/17 74/14
76/2
**photograph [4]**
74/10 75/2 75/5
75/8
**photos [1]**  38/7
**pick [5]**  17/4 17/4
27/21 36/7 37/19
**picked [1]**  23/21
**picture [2]**  38/12
73/15
**pictures [1]**  38/3
**PIERCE [4]**  1/2
1/5 1/24 89/8
**pile [2]**  70/21 71/5
**pipe [3]**  35/12
35/12 35/13
**pipes [1]**  26/9
**PLAINTIFF [11]**
1/5 1/13 2/9 4/6
63/15 65/6 66/22
69/10 70/13 76/21
82/6
**Plaintiff's [24]**
13/6 14/1 18/7
20/15 45/24 46/9
63/14 63/16 64/12
66/21 70/12 73/9
74/8 75/2 76/20
80/12 80/13 80/16
82/5 82/7 82/17
82/25 83/5 83/12
**PLLC [1]**  1/13
**ply [1]**  25/17
**plywood [1]**
11/17
**point [6]**  2/12
15/19 52/17 81/11
81/16 85/16
**policy [1]**  78/15
**pop [1]**  52/12
**present [2]**  60/9
60/10
**price [1]**  25/21
**problems [8]**
40/20 40/21 40/23
40/25 41/22 41/24
42/5 43/6
**proceed [4]**  13/7
24/17 30/25 45/25
**proceedings [6]**
1/10 2/2 30/18
57/2 88/14 89/3

**process [1]**  88/3
**projects [1]**  11/21
**properly [1]**  82/2
**property [1]**  5/21
**publish [3]**  13/1
13/7 45/22
**pull [1]**  37/11

**Q**

**Quarry [2]**  17/17
17/21
**question [6]**  14/8
39/3 39/5 57/5
61/25 86/6
**questioning [1]**
86/4
**questions [7]**
20/19 25/6 35/5
45/7 51/22 62/9
82/15

**R**

**raise [3]**  2/8 2/13
81/17
**Ram [12]**  7/24
7/24 34/11 34/12
34/18 45/12 45/14
48/2 48/5 48/8
51/15 51/23
**Ramone [2]**  67/4
67/6
**rank [1]**  38/25
**rate [8]**  81/11
82/17 83/1 83/6
83/13 83/20 84/2
85/15
**recess [2]**  30/17
30/18
**recollection [1]**
62/11
**record [5]**  4/6 4/8
14/21 48/7 52/2
**records [54]**  46/2
46/3 46/5 46/7
46/22 46/25 47/3
47/11 47/14 47/17
47/22 48/4 51/14
51/19 51/23 51/24
52/5 52/8 55/16
55/17 55/17 55/21
57/13 57/16 62/14
63/10 64/7 64/13
64/18 64/24 65/11

EPSILANTIS vs. SCOZZARI ROOF

**R**

**records... [23]**
66/10 66/13 66/20
67/11 67/25 68/11
68/24 69/2 69/8
69/21 71/13 71/22
73/8 73/19 74/3
74/21 76/19 77/5
77/9 77/20 77/24
77/25 78/4

**recover [2]** 41/15
43/8

**red [1]** 13/23

**reflect [1]** 4/6

**reflects [1]** 4/8

**Regional [1]** 3/6

**regular [1]** 58/17

**rehang [1]** 27/18

**reiterate [1]** 42/6

**relation [2]** 3/3
36/16

**remind [4]** 20/16
29/21 45/9 75/10

**remodel [1]** 5/21

**replace [2]** 18/16
23/15

**report [9]** 7/18
7/20 9/17 11/22
14/6 23/3 28/1
32/24 44/6

**Reporter [2]** 1/22
89/6

**reporting [2]**
38/22 44/9

**reprimanded [1]**
44/9

**required [13]** 6/9
7/20 11/20 14/6
16/18 19/11 26/13
32/24 37/25 58/17
78/19 79/24 80/2

**residence [17]**
7/3 9/24 10/12
20/22 21/1 23/3
23/24 26/20 27/6
44/12 47/23 67/23
68/15 72/11 72/14
75/11 76/11

**resign [4]** 85/13
86/21 86/24 88/4

**resigned [4]**
85/12 85/14 85/15

87/25

**response [1]** 25/2

**responsibilities
[2]** 3/11 11/10

**rest [6]** 9/21 32/9
74/17 74/19 75/7
76/8

**result [1]** 58/7

**resume [1]** 88/13

**resumed [1]**
30/19

**retired [1]** 30/13

**return [14]** 16/2
16/7 30/15 30/21
58/17 58/25 59/2
59/6 60/14 60/16
72/2 72/19 76/10
88/12

**review [5]** 46/2
55/20 64/9 77/24
82/10

**RICHARDS [9]**
1/13 1/13 2/4 13/7
13/25 25/6 25/24
30/4 30/25

**ride [3]** 10/9 24/3
36/9

**ridge [1]** 35/13

**ridgeline [1]** 16/9

**rise [1]** 30/12

**River [1]** 3/20

**rivets [1]** 37/20

**RMR [2]** 1/22 89/6

**RN [1]** 3/22

**road [1]** 37/9

**roll [1]** 20/2

**rolls [9]** 18/13
18/14 18/15 18/20
22/21 22/23 73/15
74/15 74/15

**roof [23]** 1/6 4/25
6/22 9/2 11/16
11/17 16/9 18/15
18/16 18/20 23/14
26/9 26/11 26/14
29/22 33/14 38/11
67/9 67/10 67/10
73/16 80/23 86/18

**roofing [11]** 6/1
8/23 11/11 11/15
12/14 16/17 19/8
26/7 29/2 32/15
67/7

**roofs [2]** 17/19
29/7

**room [1]** 37/10

**ropes [2]** 6/14
6/16

**rot [1]** 11/16

**route [2]** 84/13
84/14

**row [3]** 12/17
73/22 73/25

**runs [1]** 67/24

**S**

**salary [1]** 7/12

**sandwich [3]**
87/9 87/13 87/24

**sandwiches [1]**
87/10

**Saturday [4]**
31/20 32/1 32/5
32/12

**Saturdays [1]**
39/14

**schedule [4]** 9/14
9/22 58/18 61/1

**school [1]** 3/19

**scleroderma [1]**
41/6

**scoot [1]** 2/22

**Scott [1]** 1/15

**SCOZZARI [213]**

**Scozzari's [4]**
4/24 13/20 74/18
86/13

**Scozzaris [1]**
38/7

**screw [1]** 11/12

**screws [1]** 8/18

**scribbled [1]**
65/22

**SE [2]** 1/14 1/16

**seal [1]** 18/16

**Sebastian [2]**
5/10 87/9

**second [5]** 14/18
46/17 48/25 70/14
86/5

**security [4]** 44/13
44/18 44/20 44/24

**seek [1]** 58/2

**September 21st
[1]** 52/16

**September 23rd
[1]** 40/15

**service [2]** 80/19
80/22

**SERVICES [3]** 1/6
4/25 80/23

**session [1]** 30/11

**seven [2]** 20/6
65/23

**seven o'clock [1]**
20/6

**Shack [1]** 87/9

**Shannon [1]** 58/9

**share [1]** 8/9

**shared [1]** 38/16

**shift [2]** 39/21
45/6

**shifts [1]** 9/22

**shingle [2]** 18/17
27/17

**shirt [2]** 4/5 5/16

**shop [29]** 6/19
6/25 7/1 8/13 8/20
17/5 17/6 17/7
22/21 29/24 67/20
67/22 70/4 70/6
70/7 70/22 72/5
72/13 72/13 72/17
72/18 72/20 73/18
75/9 75/11 86/16
86/25 87/13 87/24

**short [2]** 71/5
71/9

**shown [1]** 13/19

**sick [2]** 69/14
69/20

**side [3]** 13/6 41/7
54/10

**sign [3]** 6/9 6/9
34/9

**Simon [3]** 34/1
34/3 34/3

**single [8]** 9/5
9/11 12/5 12/6
39/16 62/20 80/3
83/25

**site [11]** 8/14 11/2
12/16 17/22 59/4
59/5 59/18 59/25
60/15 64/5 65/10

**sites [6]** 10/23
11/9 11/10 12/11
12/13 59/22

**situations [1]**
19/15

**Sixteen [1]** 85/17

**skip [1]** 15/10

**SLOME [1]** 1/15

**small [1]** 8/19

**somebody's [1]**
23/14

**sooner [1]** 75/24

**sore [1]** 69/12

**soups [1]** 87/10

**South [2]** 1/23
89/7

**SOUTHERN [1]**
1/1

**specific [4]** 7/5
7/17 41/24 42/7

**speculation [3]**
24/15 35/23 39/1

**speculative [1]**
39/1

**spend [2]** 80/3
80/6

**spending [1]** 62/2

**spent [3]** 47/11
75/19 77/21

**spoke [5]** 4/10
4/22 5/17 6/2 7/5

**stamp [75]** 21/5
22/14 24/19 25/15
26/3 27/8 28/7
29/1 29/17 32/16
33/1 33/5 33/15
33/19 34/8 34/23
35/8 48/1 48/12
49/9 49/12 49/15
49/18 49/21 49/24
50/2 50/5 50/8
50/11 50/13 50/16
50/19 50/22 50/25
51/5 51/8 51/11
51/16 52/11 52/14
52/25 53/3 53/6
53/9 53/12 53/15
53/17 53/19 53/21
53/23 54/6 54/9
54/18 54/20 54/23
55/1 55/4 55/7
56/6 57/9 63/15
65/6 67/12 68/1
71/23 73/9 74/5
74/8 74/22 75/2
80/18 82/17 82/25
83/5 83/12

**stamped [35]**

## S

**stamped... [35]**
13/10 14/2 14/21
15/11 15/22 16/13
16/23 17/13 18/5
19/3 19/24 20/12
21/10 21/11 21/19
23/1 23/12 27/14
27/19 31/4 36/5
36/25 37/16 46/8
49/1 49/5 57/4
64/24 65/18 66/22
69/9 70/12 76/1
77/10 82/5
**stand [2]** 2/7
30/21
**standby [2]** 35/17
35/18
**Stanley [2]** 70/21
71/5
**starting [6]** 27/25
32/21 61/13 63/15
68/6 85/25
**starts [1]** 16/24
**State [1]** 3/20
**stated [2]** 66/7
72/15
**statement [5]**
9/13 81/22 82/20
82/23 83/13
**statements [2]**
82/11 84/1
**STATES [4]** 1/1
1/11 1/23 89/7
**stations [1]** 78/14
**staying [2]** 20/18
21/5
**steady [1]** 5/19
**stick [1]** 26/10
**stomach [2]**
40/25 43/6
**stones [1]** 41/2
**stopped [2]** 75/24
84/11
**straighten [1]**
22/22
**street [10]** 1/16
3/2 7/1 8/13 20/21
21/17 67/21 73/18
75/9 86/16
**stress [1]** 84/12
**stub [1]** 80/22

**stuffy [1]** 69/12
**subcutaneous [1]**
41/6
**substance [1]**
30/16
**Suite [2]** 1/14
1/18
**supervise [1]**
11/20
**supplemented [1]**
55/24
**surveillance [1]**
45/3
**sustained [3]**
3/17 35/24 85/10
**swap [2]** 16/20
34/14
**sworn [2]** 2/7 2/9
**symbol [3]** 13/18
13/20 13/23

## T

**table [2]** 30/15
88/12
**teaching [1]**
23/18
**teams [1]** 11/20
**tear [2]** 17/20
18/15
**tearing [1]** 26/14
**tech [1]** 3/6
**TENS [1]** 60/5
**terminated [1]**
85/13
**testimony [4]**
2/20 30/16 62/11
88/13
**text [85]** 9/18
9/19 10/3 11/4
12/4 13/12 13/13
13/18 13/21 13/23
13/23 14/9 14/10
14/12 14/15 14/22
15/12 15/18 16/3
16/13 16/24 17/10
17/15 19/4 19/19
19/25 20/7 20/13
21/7 21/20 22/2
23/6 24/19 24/21
24/23 25/3 25/10
26/16 27/9 27/15
28/5 28/10 29/23
32/9 32/12 32/19

33/20 34/8 34/24
35/2 37/1 37/2
37/12 38/2 38/4
38/9 38/14 38/15
38/19 38/21 44/5
62/14 63/10 63/11
63/20 64/4 65/7
66/20 67/2 68/5
68/12 69/8 69/21
71/4 72/4 73/8
73/13 74/9 74/11
74/25 76/19 76/21
77/2 77/24 78/4
**texted [2]** 22/19
29/19
**thank [13]** 2/3
13/8 14/4 15/14
18/9 26/1 30/20
30/24 31/1 73/12
74/17 86/7 86/9
**Thanksgiving [3]**
42/18 42/19 42/25
**Thornhill [28]** 5/8
7/19 15/7 16/5
17/11 20/6 20/22
21/15 23/11 24/8
24/10 24/11 37/23
44/12 58/14 58/25
59/6 59/9 59/19
59/22 60/16 72/2
72/19 75/14 80/25
86/14 87/25 88/3
**thought [3]** 28/21
86/3 88/2
**throat [1]** 69/12
**Thursday [6]**
40/16 63/4 73/4
73/10 73/13 74/6
**tile [4]** 32/7 32/10
32/14 32/15
**time [95]**
**times [12]** 38/21
39/7 39/8 58/19
58/20 60/22 60/25
60/25 61/2 61/3
61/4 79/11
**tired [1]** 86/21
**tissue [1]** 41/7
**tore [1]** 18/20
**total [3]** 60/8
61/18 62/3
**town [3]** 5/9
59/23 59/24

**track [3]** 3/14
44/1 44/2
**traffic [2]** 7/4
72/15
**trailer [3]** 17/16
17/18 77/1
**TRANSCRIBED**
**[2]** 2/2 88/14
**TRANSCRIPT [1]**
1/10
**transcription [1]**
89/3
**travel [1]** 60/10
**trial [2]** 1/10 46/3
**Tripp [1]** 1/15
**trouble [2]** 2/13
79/2
**Tuesday [4]** 42/9
62/25 66/16 68/8
**Twenty [1]** 65/23
**Twenty-seven [1]**
65/23
**typical [1]** 8/9
**typically [13]** 8/4
9/19 12/2 12/13
15/18 16/20 16/21
18/24 22/2 24/3
59/2 60/4 60/8

## U

**U.S [2]** 1/23 89/7
**ultimately [4]** 7/9
84/11 86/20 87/14
**uncle [2]** 5/19
5/20
**underneath [6]**
38/4 56/12 56/15
56/17 56/21 80/24
**Unfortunately [1]**
84/5
**UNITED [4]** 1/1
1/11 1/23 89/7
**unloading [6]**
8/15 16/11 68/25
73/2 75/20 77/21
**update [2]** 11/22
38/7
**updates [1]** 11/5
**upset [1]** 86/20
**urgent [1]** 58/3
**us [2]** 20/16 57/6
**US1 [5]** 7/1 8/13
73/18 75/9 86/17

## V

**varied [1]** 61/1
**Vegas [1]** 54/13
**vehicle [16]** 10/14
10/15 10/22 11/2
24/4 24/7 47/14
47/17 52/5 52/8
59/1 59/3 59/4
60/14 60/15 85/21
**vent [4]** 26/8
29/22 29/22 35/13
**verbally [1]** 22/2
**Verizon [3]** 56/8
56/13 56/16
**Vero [8]** 7/2 8/20
58/11 58/12 59/25
70/7 75/9 86/16
**video [1]** 45/3
**visits [2]** 61/8
61/17
**vs [1]** 1/5

## W

**wages [7]** 39/24
40/11 41/16 42/7
42/24 43/8 84/3
**walk [3]** 59/16
85/24 86/12
**WANDNER [5]**
1/17 31/10 31/21
31/23 86/2
**watch [4]** 3/12
11/11 11/20 25/5
**wearing [2]** 4/5
5/16
**Wednesday [9]**
40/16 43/7 63/2
69/4 69/11 70/10
70/13 70/19 71/11
**wheeler [2]** 21/21
22/7
**whenever [2]**
26/22 27/2
**wife's [1]** 5/13
**Wilson [1]** 87/17
**woke [1]** 69/12
**workday [4]** 8/9
10/16 15/20 16/19
**workdays [1]** 8/4
**workweek [1]**
83/1
**worth [1]** 88/8
**wrappers [2]** 79/4

**W**

**wrappers... [1]**
79/5

**Y**

**yell [2]**  84/24 85/1
**yelled [1]**  79/2
**yelling [4]**  84/17
84/18 84/20 86/22
**Yep [1]**  15/25
**Yo [1]**  29/12
**young [1]**  4/16
**YourPay [1]**
25/18

**Z**

**zoom [9]**  46/12
46/17 48/11 48/22
57/10 64/13 70/14
80/17 81/1