UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14195-CIV-CANNON

ERIC EPSILANTIS,

  Plaintiff,

vs.

SCOZZARI ROOF SERVICES CONTRACTING &
CONSULTING, INC. and
JOSEPH SCOZZARI,

  Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Maynard on Plaintiff's Motion for Attorney's Fees and Costs [ECF No. 218]. The Report recommends that the Court grant in part and deny in part Plaintiff's motion [ECF No. 213] and award Plaintiff attorney's fees in the lodestar amount of $161,113.50 plus $11,070.64 in costs to be taxed against Defendants [ECF No. 218]. No party has filed objections to the Report, and the time to do so has expired [ECF No. 218 p. 24].

Fully advised in the premises, the Court finds no clear error of fact or law in the well-reasoned and comprehensive Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

  1.    The Report and Recommendation [ECF No. 218] is **ACCEPTED**.

  2.    Plaintiff's Motion for Attorney's Fees and Costs [ECF No. 213] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded attorney's fees in the amount of **$161,113.50** plus costs in the amount of **$11,070.64** to be taxed against Defendants [ECF No. 218].[1]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of May 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] Final Judgment was entered on October 3, 2023 [ECF No. 212]. The Court did not extend the deadline to appeal from the Final Judgment. See Fed. R. App. P 4(a)(1)(A).